UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEFFREY WEISMAN

_____,   )
        Plaintiff (s),   )
                              )
v.   )   Case No. 4:19-cv-75 JAR
                              )
BARNES JEWISH HOSPITAL, et al.   )
_____,   )
        Defendant(s).   )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now  PLAINTIFF _____ and notifies the court of the intent to use
       (Plaintiff or Defendant)

UNITED PROCESSING, INC.
(name and address of process server)

180 N. Wabash Ave., Suite 615

Chicago, Illinois 60601

To serve: ALL DEFENDANTS (Barnes Jewish Hosp., BJC Healthcare, Wash.U.Med.Cntr, Wash. U., Wash. U. School of Medicine, Cox, Benzinger, Groener, /Ramatowski and Evers in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

04/10/2019                                    /s/ Edward R. Moor
(date)                                        (attorney for Plaintiff)

                                                   (attorney for Defendant)