| | |
|---|---|
| **From:** | Edward Moor |
| **To:** | "mbremer@shandselbert.com"; "ksullivan@shandselbert.com" |
| **Cc:** | "Leveque, Kate"; "Claiborne, Carrie" |
| **Bcc:** | "Sherman Marek"; Jeff Weisman |
| **Subject:** | Weisman v WashU |
| **Date:** | Tuesday, May 28, 2019 9:15:00 AM |

In addition to the named defendants, and related personnel, please preserve the email and voicemail of Dr. James Fehr, senior WashU faculty and the ombudsman.   He had knowledge of Weisman's complaints and treatment.

_____

Edward R. Moor

Moor Law Office, P.C.

One North LaSalle Street, Suite 600

Chicago, Illinois 60602

(312) 726-6207

erm@moorlaw.net

www.moorlaw.net


**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone at 312.726.6207 and/or by reply e-mail.