**From:** "Bakston, Daniel" <dbakston@UIC.EDU>
**Sent:** Mon, 04 Oct 2021 20:46:49 +0000
**To:** "jeffery.weisman@gmail.com" <jeffery.weisman@gmail.com>
**Subject:** Fw: Jeffery Wiesman - Former Trainee
**Attachments:**
· Weisman.pdf *(204 kb)*

---

FYI, no summative eval evidently existed for you in your former program.

Sincerely,

Daniel Bakston, MD, MPH, MBA, FACOEM
Program Director & Clinical Assistant Professor
[Occupational Medicine Residency Program](#)
University of Illinois Hospital and Clinics
835 South Wolcott, Room E-144
Chicago, Illinois 60612

[The Occupational Health Service Institute (OHSI)](#)
Phone: 312-413-0369
Fax: 312-413-8485

[Like us on facebook](#)

---

**From:** Thompson, Douglas <drthompson@wustl.edu>
**Sent:** Wednesday, September 23, 2020 4:21 PM
**To:** Bakston, Daniel <dbakston@UIC.EDU>; Litteken, Maggie <littekenm@wustl.edu>
**Subject:** Re: Jeffery Wiesman - Former Trainee

**WARNING** This email originated from outside of the University of Illinois.  **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe.

Dr. Bakston,

Please find the attached milestones report for Dr. Weisman.
There is no summative evaluation for Dr. Weisman.

-Douglas.

---

**From:** "Bakston, Daniel" <dbakston@UIC.EDU>
**Date:** Wednesday, September 23, 2020 at 11:43 AM
**To:** "Litteken, Maggie" <littekenm@wustl.edu>
**Cc:** "Thompson, Douglas" <drthompson@wustl.edu>
**Subject:** Re: Jeffery Wiesman - Former Trainee

**\* External Email - Caution \***

Greetings Ms. Litteken and Dr. Thosmpon,

Just a friendly reminder that we are looking to complete our resident trainee files as we approach our ACGME 10-year Accreditation site visit. One of your former trainees, Jeffery Weisman (2016-2018), is in progress of completing the Occupational Environmental Medicine Residency at the University of Illinois Chicago.  It would be of great help to us if you would be able to forward your

JW64629

former trainees final summative evaluation and final milestones evaluation for this trainee.  We apologize for any inconvenience and thank you in advance for your efforts.  Please be safe and well in these tenacious times.

Sincerely,

Daniel Bakston, MD, MPH, MBA, FACOEM
Program Director & Clinical Assistant Professor
Occupational Medicine Residency Program
University of Illinois Hospital and Clinics
835 South Wolcott, Room E-144
Chicago, Illinois 60612

Schedule: Wednesdays, Thursdays & alternating Fridays

The Occupational Health Service Institute (OHSI)
Phone: 312-413-0369
Fax: 312-413-8485

Like us on facebook
**********************EMAIL DISCLAIMER********************** This email and any files transmitted with it may be confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is strictly prohibited. If you have received this e-mail in error, please delete it and notify the sender or contact Health Information Management 312.413.4947.

---

The materials in this message are private and may contain Protected Healthcare Information or other information of a sensitive nature. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this email in error, please immediately notify the sender via telephone or return mail.

# Resident Milestone Summary: Year-End 2017-2018



Program: **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident: **Jeffery Weisman**   Date Evaluation Completed: **June 21, 2018  (Year-End)**   Resident Year in Program: **2**

**Patient Care**

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Patient Care 1: Pre-anesthetic Patient Evaluation, Assessment, and Preparation | | | ● | | | |
| b). Patient Care 2: Anesthetic Plan and Conduct | | | ● | | | |
| c). Patient Care 3: Peri-procedural pain management | ● | | | | | |
| d). Patient Care 4: Management of perianesthetic complications | | | ● | | | |
| e). Patient Care 5: Crisis Management | | | ● | | | |
| f). Patient Care 6: Triage and management of the critically-ill patient in a nonoperative setting | | | ● | | | |
| g). Patient Care 7: Acute, chronic, and cancer-related pain consultation and management | ● | | | | | |
| h). Patient Care 8: Technical skills: Airway management | | | ● | | | |
| i). Patient Care 9: Technical skills: Use and Interpretation of Monitoring and Equipment | | | ● | | | |
| j). Patient Care 10: Technical skills: Regional anesthesia | ● | | | | | |

**Medical Knowledge**

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Medical Knowledge 1: Knowledge of biomedical, clinical, epidemiological, and social-behavioral sciences as outlined in the American Board of Anesthesiology Content Outline | | | | ● | | |

**Systems-Based Practice**

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Systems-Based Practice 1: Coordination of patient care within the health care system | | ● | | | | |
| b). Systems-Based Practice 2: Patient Safety and Quality Improvement | | | ● | | | |

## Resident Milestone Summary: Year-End 2017-2018



Program: **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident: **Jeffery Weisman**       Date Evaluation Completed: **June 21, 2018  (Year-End)**       Resident Year in Program: **2**

### Practice-Based Learning and Improvement

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Practice-Based Learning and Improvement 1: Incorporation of quality improvement and patient safety initiatives into personal practice | ● | | | | | |
| b). Practice-Based Learning and Improvement 2: Analysis of practice to identify areas in need of improvement | | | ● | | | |
| c). Practice-Based Learning and Improvement 3: Self-directed learning | ● | | | | | |
| d). Practice-Based Learning and Improvement 4: Education of patient, families, students, residents, and other health professionals | | | ● | | | |

### Professionalism

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Professionalism 1: Responsibility to patients, families, and society | | | ● | | | |
| b). Professionalism 2: Honesty, integrity, and ethical behavior | | | ● | | | |
| c). Professionalism 3: Commitment to institution, department, and colleagues | | | ● | | | |
| d). Professionalism 4: Receiving and giving feedback | | | ● | | | |
| e). Professionalism 5: Responsibility to maintain personal emotional, physical, and mental health | | | ● | | | |

### Interpersonal and Communication Skills

| | Level 1 Not Yet Achieved | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|---|
| a). Interpersonal Communication Skills 1: Communication with patients and families | | | ● | | | |
| b). Interpersonal Communication Skills 2: Communication with other professionals | | | ● | | | |
| c). Interpersonal Communication Skills 3: Team and leadership skills | | | ● | | | |

**Action**
Satisfactory completion ☐ Yes ☐ No
If no, planned action is:
☐ Warning, no remediation
☐ Warning, remediation
☐ Probation, remediation
☐ Dismissal
Comments: