# Washington University in St. Louis
## SCHOOL OF MEDICINE

Department of Anesthesiology
Box 8054, 660 S. Euclid Ave.
St. Louis MO 63110 USA

19 February 2021

Resident Selection Committee

To Whom It May Concern:

Jeffrey Weisman, MD, PhD, JD, has asked me to write a letter supporting his application for residency. I'm happy to do so. Dr. Weisman has a unique background and an uncommon set of skills. I believe that he has the potential to become an effective physician as well as make substantial contributions to biomedical innovation.

As his CV will attest, Dr. Weisman's background is unusual. He first studied molecular biology as an undergraduate and master's student at the University of Illinois. He then matriculated into the University of Illinois School of Law, graduating with a JD in 2007. He then worked for several years as a corporate intellectual property lawyer and general counsel for a biotechnology startup in Chicago, Medtech Bioscience.

While working in the law, he decided to apply for entry into MD/PhD programs. His motivation for this career realignment was twofold. First, he thought that his interest in biomedical innovation would be better supported with an understanding of clinical medicine. And second, he wanted part of his career to be more directly aligned with caring for patients directly. He matriculated into the MD/PhD program at Louisiana State University in Shreveport, graduating with a PhD in 2014 and an MD in 2016.

While at LSU, Dr. Weisman's research in the biomedical engineering department focused on clinical applications of 3D printing. His work was supported by several extramural sources, and he co-founded a startup company to bring some of this work into commercial use. His publications focused on this work, as can be seen in his CV.

Dr. Weisman applied to our residency program during his final year of medical school, and we were excited to have him join our innovative research track as a categorical PGY1 resident in June, 2016.

Dr. Weisman worked on his clinical development while a resident in this program. As an MD/PhD student and an entrepreneur, he had multiple claims on his time while in medical school. He joined our program with clinical skills and medical knowledge that were somewhat below the level of our average matriculating intern. We were aware of this possibility when we recruited him, and to his credit, Dr. Weisman had good insight into this limitation. He worked to improve his knowledge and practice during his internship and his first year of clinical anesthesia training.

JW00059230

As a second-year resident, Dr. Weisman continued to work to improve both his judgment and his knowledge base.  His assessments from clinical supervising faculty have been mixed:  some felt that he continued to lag behind his peers, and others felt that his performance was appropriate for his level.  In hindsight, I think that the accelerated clinical schedule of our research track was a poor fit for his clinical background, and I believe that his clinical skills are likely to continue to improve with further training.  Ultimately Dr. Weisman felt it was in his best interest to leave our department and he did so in good standing.

Dr. Weisman has been quite active academically during his time in at Wash U.  He migrated his company from Shreveport to St. Louis, and he integrated it seamlessly as a core facility of the Department of Radiology.  Several of the employees of this company are now staff scientists in that department, and the group continues to be very academically productive.  Over the past two years, Dr. Weisman has authored a number of original publications, a book chapter, and a patent application.

Dr. Weisman has a unique set of skills, with expertise and practical experience in law, materials science, entrepreneurship, and clinical medicine.  I am not sure what balance of these activities will comprise his career when he completes his training.  However, I believe that Dr. Weisman has potential to do academically and commercially productive work.  I encourage you to speculate on the unique talents of this young doctor.  I wish him the best in his academic ambitions.

Very truly yours,

Douglas R. Thompson
Program Director, Anesthesiology Residency

P.S.:  As is traditional in these circumstances, Dr. Weisman has not reviewed this letter.

JW00059231