IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFERY A. WEISMAN, and ) <br> STRATEGIC BIOMEDICAL, INC., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BARNES JEWISH HOSPITAL, ) <br> BJC HEALTHCARE, ) <br> WASHINGTON UNIVERSITY, ) <br> ALEX EVERS, RICHARD BENZINGER, ) <br> And THOMAS COX, ) <br> ) <br>     Defendants. ) | No. 4:19-cv-75-JAR <br><br> The Honorable John A. Ross |

## EXPERT WITNESS DISCLOSURE UNDER RULE 26(a)(2)

This Expert Report is submitted pursuant to requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1

**EXHIBIT C**

**EXPERT WITNESS REPORT OF ALAN KAYE, M.D. Ph.D, .A.B.A, D.A.B.P.M., DAB.IPP, FASA**

1.      I am Alan D. Kaye, M.D., Ph.D,, D.A.B.A., D.A.B.P.M., DABIPP, FASA. Currently, I hold the following positions with the Louisiana State University School of Medicine: Vice Chancellor of Academic Affairs, Chief Academic Officer, Provost, Pain Program Fellowship Director, tenured Professor of the Departments of Anesthesiology and Pharmacology, Toxicology, and Neurosciences, and Vice Chairman of Research, Department of Anesthesiology. In addition, I am also an Adjunct Professor of Anesthesia at the Tulane School of Medicine and an Adjunct Professor of Anesthesia and Pharmacology at LSU School of Medicine in New Orleans. I am a licensed as a physician and surgeon in the following states: Louisiana, Arizona, Texas, Florida, and California. A copy of my full Curriculum Vitae which is current and up to date as of September 30, 2022 is attached as Exhibit 1.

I have expertise in supervising, teaching, and evaluating resident physicians enrolled in and training in ACGME accredited anesthesiology residency programs. I also have expertise and extensive knowledge and training in complying with industry wide standards, practices, and protocols with regards to supervising and operating ACGME governed anesthesiology residency training programs and anesthesiology programs housed in academic teaching hospitals and facilities. As recently as June of 2022, I was awarded the honor and designation of "Teacher of the Year" in the LSUHC Shreveport's Department of Anesthesiology. As the Vice Chancellor of Academic Affair, Chief Academic Officer, and Provost, I have worked closely with our institutions Graduate Medical Education department. Further, in my role as Anesthesia Program Director currently and dating back to 1993 at multiple institutions, e.g., Tulane School of Medicine, Texas Tech School of Medicine, and LSU School of Medicine, I have worked closely

2

**Documents Reviewed**

7.      As part of my assignment, I have reviewed several documents, email communication records, Dr. Weisman's evaluations generated and created by The Program, as well as communications and records related to Dr. Weisman's attempts to apply to subsequent training programs. I have also had the opportunity to review: the Second Amended Complaint filed in this lawsuit and Dr. Jeffery Weisman's Motion for Sanctions filed on or around August 18, 2022. Additionally, I have reviewed a number of background documents provided to me by counsel. A complete list of the documents reviewed by me is reflected in Exhibit 2.  The foregoing documents relate generally to Dr. Weisman's recruitment to Washington University/Barnes-Jewish Hospital, evaluations, and information pertaining to Strategic Biomedical Incorporated.

In reviewing this information, I have assumed that the documentation is authentic and all of the other facts and data I have been presented are accurate and otherwise truthful. In addition to reviewing documents provided to me, I have also reviewed a factual summary upon which I have relied in reaching my conclusions.

**Background**

I have examined the case of Dr. Jeffery Weisman and created an expert report. This assessment is based upon the history provided by information obtained from Dr. Jeffery Weisman, review of provided records, my knowledge of anesthesiology and the medical field in general, my experience as a faculty member at multiple medical schools and ACGME accredited anesthesiology residency training programs and the medical literature and data collected from other sources. It is my understanding that discovery is still ongoing, and that my report can and will be supplemented under the Federal Rules of Civil Procedure to ensure that the information provided for purposes of my disclosure is complete and correct.

19