# EXHIBIT G –

# WU Defendants' Privilege Log

**Weisman v. Barnes Jewish Hospital, et al.** – **Washington University Defendants' Privilege Log**

| Date | To | From | CC | Description | Reason Not Produced |
|---|---|---|---|---|---|
| 1/18/17 | Christine Ramatowski<br>Tia Drake<br>Terra Mouser<br>John McAllister<br>Rebecca McAllister | George Benzinger | Thomas Cox<br>Russell Groener | Emails re: More floundering residents | Attorney-Client Privilege |
| 12/15/17 | Christine Ramatowski | George Benzinger | | Email re: Navigating a resident's resignation | Attorney-Client Privilege |
| 1/11/18 | Christine Ramatowski | George Benzinger | | Email re: Confidential: letter to resident | Attorney-Client Privilege |
| 4/5/18 | Christine Ramatowski | George Benzinger | | Email re: FERPA and letters of recommendation | Attorney-Client Privilege |
| 2/2/22 | Tia Drake<br>Christine Ramatowski<br>Joseph Sklansky<br>Alison Mitchell<br>Douglas Thompson | Lauren Gibson | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/3/22 | Tia Drake<br>Joseph Sklansky | Christine Ramatowski | Lauren Gibson | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |

| Date | To | From | CC | Description | Reason Not Produced |
|---|---|---|---|---|---|
| 2/4/22 | Tia Drake<br>Christine Ramatowski | Joseph Sklansky | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/8/22 | Lauren Gibson<br>Christine Ramatowski<br>Joseph Sklansky<br>Alison Mitchell<br>Douglas Thompson | Tia Drake | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/9-2/10/22 | Tia Drake<br>Joseph Sklansky | Christine Ramatowski | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/10/22 | Douglas Thompson<br>Tia Drake<br>Lauren Gibson<br>Christine Ramatowski<br>George Benzinger | Joseph Sklansky | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/10/22 | Eva Aagaard | Tia Drake | | Emails re: Just a heads up – Anesthesia; relates attorney advice | Attorney-Client Privilege |

2

| Date | To | From | CC | Description | Reason Not Produced |
|---|---|---|---|---|---|
| 2/14/22 | Tia Drake<br>Joseph Sklansky<br>Christine Ramatowski<br>Douglas Thompson<br>George Benzinger | Lauren Gibson | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/16/22 | Tia Drake<br>Christine Ramatowski | Joseph Sklansky | | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/16-2/17/22 | Tia Drake<br>Christine Ramatowski<br>Joseph Sklansky | Lauren Gibson | Douglas Thompson<br>Alison Mitchell<br>George Benzinger | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |
| 2/22/22 | Alison Mitchell<br>Lauren Gibson | Tia Drake | Joseph Sklansky<br>Christine Ramatowski | Emails re: Reported Issues to the ACGME-Anesthesiology Program #0402811081 | Attorney-Client Privilege |

3