# EXHIBIT M –
## 2016 Internal Medicine Rotation Evaluations

MyEvaluations.com

Main | Mail | Voluntary | Procedures | Clinical Hours | Learning | OnCall | MyPortfolio | Reports | Password | Logoff

Tuesday, November 28, 2017

Procedures CONSULT    MyPortfolio    MyHelp    MyQuiz

*Welcome, Dr. Jeffery Weisman (A)*

**Main** > **Evaluations To Sign** > Acknowledge

### Acknowledge

## Inpatient Attending of Resident, v.2

*Evaluation of Resident*



| | | | | |
|---|---|---|---|---|
| *Resident:* | Jeffery Weisman (A) | *Evaluator:* | Amy Loden | |
| *Evaluation Period:* | 11/07/16 - 11/20/16 | *Rotation Name:* | Medicine II | |

> The ACGME now requires that we use "milestones" to evaluate trainees. Instead of using numerical assessments relative to their peers we will use behavioral descriptors which will show the development from novice to expert (ie, attending level).
>
> You will click the circle that best shows the trainee's progress along the continuum, BASED ON DIRECT OBSERVATIONS. Interns will generally be toward the left and residents should hopefully progress towards the right. "Attending" should not be checked unless you have directly observed <u>attending level performance</u> of that particular characteristic.

### Patient Care and Procedural Skills

| Does not collect accurate and complete historical data. | Obtains an adequate history from the patient. | Efficiently acquires accurate and relevant history from the patient and from secondary sources (e.g. family, old records, pharmacy). | Obtains relevant historical subtleties including sensitive, complicated, and detailed information. | Teaches how to gather subtle and reliable information from the patient. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Does not perform accurate physical examinations. | Performs an adequate physical examination. | Performs an accurate physical exam, appropriately targeted to the patient's problems, including using relevant maneuvers. | Routinely identifies subtle or unusual physical findings, using advanced maneuvers where applicable. | Teaches how to elicit important physical findings. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Care plans are inappropriate or inaccurate. | Develops an appropriate care plan for most common medical problems. | Appropriately modifies care plans based on patient's clinical course and additional data. | Consistently develops appropriate care plans for even complex medical problems. | Role models and teaches complex and patient-centered care. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Does not seek additional guidance when needed. Does not recognize or react to situations that require urgent or emergent care. | Usually seeks additional guidance when needed. | Consistently seeks additional guidance and/or consultation as appropriate. Recognizes situations requiring urgent or emergent care. | Initiates management plans for urgent or emergent care. | Appropriately manages situations requiring urgent or emergent care. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

### Medical Knowledge

| Lacks the knowledge required to provide patient care. | Developing the knowledge to diagnose and treat common conditions. | Demonstrates sufficient knowledge to diagnose and treat common conditions. | Demonstrates sufficient knowledge to diagnose and treat undifferentiated and emergent conditions. | Demonstrates sufficient knowledge to evaluate and treat complex, ambiguous and complex medical conditions. |
|---|---|---|---|---|
| Concerning | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

| 0 - No Interaction | | | | |
|---|---|---|---|---|
| Lacks foundational knowledge of diagnostic testing and procedures. | Usually interprets basic diagnostic tests accurately.  Developing an understanding of the rationale and risks associated with common procedures. | Consistently interprets basic diagnostic tests accurately.  Understands the rationale and risks associated with common procedures. | Interprets complex diagnostic tests accurately and uses results to make appropriate clinical decisions. | Teaches the rationale for ordering diagnostic tests, interpretations of results, and the concepts of pre-test probability and test performance characteristics. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Practice-Based Learning and Improvement

| Responds to feedback in a defensive fashion. | Is open to feedback and works to incorporate feedback into practice. | Welcomes feedback.  Consistently incorporates feedback. | | Solicits feedback and performance reflects incorporation of feedback. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1** | Expected PGY-2 | | Expected PGY-3 |
| Fails to seek or apply evidence when necessary. | Identifies learning needs (clinical questions) as they emerge in patient care activities. | Accesses medical information resources to answer clinical questions and support decision making. | Appraises the quality of medical information resources and selects among them based on the characteristics of the clinical question. | Teaches and role models the practice of evidence based medicine. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Professionalism

| Is unreliable in completing patient care responsibilities or administrative tasks. | Sometimes needs reminders to complete patient care responsibilities or administrative tasks. | Is punctual and dependable in completing tasks and responds promptly to calls and pages. | Prioritizes multiple competing demands in order to complete tasks and responsibilities in a timely and effective manner. | Assists others to improve their ability to prioritize multiple competing tasks. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | Emerging skills | **Expected PGY-1** | Expected PGY-2 | Expected PGY-3 |
| Is unwilling to modify care plan to account for a patient's unique characteristics and needs. | With assistance, can modify care plan to account for a patient's unique characteristics and needs. | Modifies care plan to account for a patient's unique characteristics and needs. | Consistently modifies care plan to account for a patient's unique characteristics, needs, and personal preferences. | Role models professional interactions to negotiate differences related to a patient's unique characteristics or needs. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## System-Based Practices

| Ignores cost issues in the provision of care. | Learning to recognize that social and economic factors may act as barriers to care. | Consistently recognizes that social and economic factors influence a patients' utilization of health care. Minimizes unnecessary diagnostic and therapeutic tests. | Incorporates cost-awareness principles into clinical decision-making. | Teaches patients and healthcare team members to recognize and address common barriers to cost-effective care and appropriate utilization of resources. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Interpersonal and Communication Skills

| Engages in antagonistic or counter-therapeutic relationships with patients and caregivers. | Has respectful relationships with patients and caregivers. May defer difficult or ambiguous conversations to others. | Learning to engage in communication with persons of different socioeconomic and cultural backgrounds.  Learning to facilitate discussions in difficult or ambiguous conversations. | Quickly establishes a therapeutic relationships with patients and caregivers, including persons of different socioeconomic and cultural backgrounds. | Models cross-cultural communication and establishes therapeutic relationship with persons of diverse socioeconomic backgrounds. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Evaluator Comments

. Did you provide direct feedback on this evaluation?: **Yes**. Signed - Dr. Amy Loden

**Program Director Comments**

Comments Not Available

**Acknowledgement Comments** *(Provide feedback on the results of your evaluation)*

**Did the evaluator provide you with direct feedback on this evaluation?**   (Select One)   **(Required)**

[ I Acknowledge Receipt of this Evaluation ]   [ Cancel ]

***NOTE:***   *By clicking the Cancel button above, your comments on this evaluation will be ignored and you will again be scheduled to review this evaluation.*

This document contains confidential peer review information to be used in the assessment of the quality of the delivery of healthcare. This document and the information in it are confidential and should not be distributed outside the relevant review committees, and appropriate hospital personnel.

JW00056618



Main | Mail | Voluntary | Procedures | Clinical Hours | Learning | OnCall | MyPortfolio | Reports | Password | Logoff

Tuesday, November 28, 2017

*Welcome, Dr. Jeffery Weisman (A)*
**Main** > **Evaluations To Sign** > Acknowledge

## Acknowledge

### Inpatient Attending of Resident, v.2

*Evaluation of Resident*



| | | | | |
|---|---|---|---|---|
| *Resident:* | Jeffery Weisman (A) | | *Evaluator:* | Gina LaRossa |
| *Evaluation Period:* | 12/05/16 - 12/18/16 | | *Rotation Name:* | Medicine II |

The ACGME now requires that we use "milestones" to evaluate trainees. Instead of using numerical assessments relative to their peers we will use behavioral descriptors which will show the development from novice to expert (ie, attending level).

You will click the circle that best shows the trainee's progress along the continuum, BASED ON DIRECT OBSERVATIONS. Interns will generally be toward the left and residents should hopefully progress towards the right. "Attending" should not be checked unless you have directly observed <u>attending level performance</u> of that particular characteristic.

### Patient Care and Procedural Skills

| Does not collect accurate and complete historical data. | Obtains an adequate history from the patient. | Efficiently acquires accurate and relevant history from the patient and from secondary sources (e.g. family, old records, pharmacy). | Obtains relevant historical subtleties including sensitive, complicated, and detailed information. | Teaches how to gather subtle and reliable information from the patient. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Does not perform accurate physical examinations. | Performs an adequate physical examination. | Performs an accurate physical exam, appropriately targeted to the patient's problems, including using relevant maneuvers. | Routinely identifies subtle or unusual physical findings, using advanced maneuvers where applicable. | Teaches how to elicit important physical findings. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Care plans are inappropriate or inaccurate. | Develops an appropriate care plan for most common medical problems. | Appropriately modifies care plans based on patient's clinical course and additional data. | Consistently develops appropriate care plans for even complex medical problems. | Role models and teaches complex and patient-centered care. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |
| Does not seek additional guidance when needed. Does not recognize or react to situations that require urgent or emergent care. | Usually seeks additional guidance when needed. | Consistently seeks additional guidance and/or consultation as appropriate. Recognizes situations requiring urgent or emergent care. | Initiates management plans for urgent or emergent care. | Appropriately manages situations requiring urgent or emergent care. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

### Medical Knowledge

| Lacks the knowledge required to provide patient care. | Developing the knowledge to diagnose and treat common conditions. | Demonstrates sufficient knowledge to diagnose and treat common conditions. | Demonstrates sufficient knowledge to diagnose and treat undifferentiated and emergent conditions. | Demonstrates sufficient knowledge to evaluate and treat complex, ambiguous and complex medical conditions. |
|---|---|---|---|---|
| Concerning | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

| 0 - No Interaction | | | | |
|---|---|---|---|---|
| Lacks foundational knowledge of diagnostic testing and procedures. | Usually interprets basic diagnostic tests accurately.  Developing an understanding of the rationale and risks associated with common procedures. | Consistently interprets basic diagnostic tests accurately.  Understands the rationale and risks associated with common procedures. | Interprets complex diagnostic tests accurately and uses results to make appropriate clinical decisions. | Teaches the rationale for ordering diagnostic tests, interpretations of results, and the concepts of pre-test probability and test performance characteristics. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Practice-Based Learning and Improvement

| Responds to feedback in a defensive fashion. | Is open to feedback and works to incorporate feedback into practice. | Welcomes feedback.  Consistently incorporates feedback. | | Solicits feedback and performance reflects incorporation of feedback. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1** | Expected PGY-2 | | Expected PGY-3 |
| Fails to seek or apply evidence when necessary. | Identifies learning needs (clinical questions) as they emerge in patient care activities. | Accesses medical information resources to answer clinical questions and support decision making. | Appraises the quality of medical information resources and selects among them based on the characteristics of the clinical question. | Teaches and role models the practice of evidence based medicine. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Professionalism

| Is unreliable in completing patient care responsibilities or administrative tasks. | Sometimes needs reminders to complete patient care responsibilities or administrative tasks. | Is punctual and dependable in completing tasks and responds promptly to calls and pages. | Prioritizes multiple competing demands in order to complete tasks and responsibilities in a timely and effective manner. | Assists others to improve their ability to prioritize multiple competing tasks. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | Emerging skills | **Expected PGY-1** | Expected PGY-2 | Expected PGY-3 |
| Is unwilling to modify care plan to account for a patient's unique characteristics and needs. | With assistance, can modify care plan to account for a patient's unique characteristics and needs. | Modifies care plan to account for a patient's unique characteristics and needs. | Consistently modifies care plan to account for a patient's unique characteristics, needs, and personal preferences. | Role models professional interactions to negotiate differences related to a patient's unique characteristics or needs. |
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## System-Based Practices

| Ignores cost issues in the provision of care. | Learning to recognize that social and economic factors may act as barriers to care. | Consistently recognizes that social and economic factors influence a patients' utilization of health care.  Minimizes unnecessary diagnostic and therapeutic tests. | Incorporates cost-awareness principles into clinical decision-making. | Teaches patients and healthcare team members to recognize and address common barriers to cost-effective care and appropriate utilization of resources. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

## Interpersonal and Communication Skills

| Engages in antagonistic or counter-therapeutic relationships with patients and caregivers. | Has respectful relationships with patients and caregivers. May defer difficult or ambiguous conversations to others. | Learning to engage in communication with persons of different socioeconomic and cultural backgrounds.  Learning to facilitate discussions in difficult or ambiguous conversations. | Quickly establishes a therapeutic relationships with patients and caregivers, including persons of different socioeconomic and cultural backgrounds. | Models cross-cultural communication and establishes therapeutic relationship with persons of diverse socioeconomic backgrounds. |
|---|---|---|---|---|
| Concerning<br>0 - No Interaction | **Expected PGY-1 level** | Expected PGY-2 level | Expected PGY-3 level | Attending level |

### Evaluator Comments

| I enjoyed working with Jeff on inpatient medicine. He was a hard worker and took excellent care of his patients. Appreciated his dry sense of humor.. *Did you provide direct feedback on this evaluation?*: **No**. Signed - Dr. Gina |
|---|

LaRossa

**Program Director Comments**

Comments Not Available

**Acknowledgement Comments** *(Provide feedback on the results of your evaluation)*

**Did the evaluator provide you with direct feedback on this evaluation?**   (Select One)   **(Required)**

[ I Acknowledge Receipt of this Evaluation ]   [ Cancel ]

**NOTE:**   *By clicking the Cancel button above, your comments on this evaluation will be ignored and you will again be scheduled to review this evaluation.*

This document contains confidential peer review information to be used in the assessment of the quality of the delivery of healthcare. This document and the information in it are confidential and should not be distributed outside the relevant review committees, and appropriate hospital personnel.

JW00056615