# EXHIBIT L –
## 2016 Emergency Medicine Rotation Evaluations

## EM Off Service Resident Evaluation by attending



**Jeffery Adam Weisman**
Barnes-Jewish Hospital
Anesthesiology Residency
6/21/2016 to 6/30/2016
DEM:EM:EM-BJH

Evaluator
Reuben Johnson

*Grade interation with resident from "0" No interaction to "9" Best performance.*

### INTERPERSONAL AND COMMUNICATION SKILLS

Does not establish even minimally effective therapeutic relationships with patients and families; does not demonstrate ability to build relationships through listening, narrative or nonverbal skills; does not provide education or counseling to patients, families, or colleagues

Establishes a highly effective therapeutic relationship with patients and families; demonstrates excellent relationship building through listening, narrative and nonverbal skills; excellent education and counseling of patients, families, and colleagues; always "interpersonally" engaged

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|-----|
| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | ✓ | Does a good job (about the same as most other residents) | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | |

Selected: **4**

### MEDICAL KNOWLEDGE

Limited knowledge of basic and clinical sciences; minimal interest in learning; does not understand complex relations, mechanisms of disease

Exceptional knowledge of basic and clinical sciences; highly resourceful development of knowledge; comprehensive understanding of complex relationships, mechanisms of disease

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|-----|
| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | ✓ | Does a good job (about the same as most other residents) | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | |

Selected: **4**

### PATIENT CARE

Incomplete, inaccurate medical interviews, physical examinations, and review of other data; incompetent performance of essential procedures; fails to analyze clinical data and consider patient preferences when making medical decisions

Superb, accurate, focused medical interviews, physical examinations, review of other data, and procedural skills; always makes diagnostic and therapeutic decisions based on available evidence, sound judgement, and patient preferences

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | **Not as good as I would expect of a resident in this PGY level** | Does a good job (about the same as most other residents) | Better than I would expect of a resident in this PGY level | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | **4** ✓ | 5 | 6 | 7 | 8 | 9 | N/A |

### PRACTICE-BASED LEARNING IMPROVEMENT

Fails to perform self-evaluation; lacks insight, initiative, resists or ignores feedback; fails to use information technology to enhance patient care or pursue self-improvement

Constantly evaluates own performance, incorporates feedback into improvement activities; effectively uses technology to manage information for patient care and self-improvement

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | **Not as good as I would expect of a resident in this PGY level** | Does a good job (about the same as most other residents) | Better than I would expect of a resident in this PGY level | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | **3** ✓ | 4 | 5 | 6 | 7 | 8 | 9 | N/A |

### PROFESSIONALISM

Lacks respect, compassion, integrity, honesty. Disregards need for self-assessment; fails to acknowledge errors; does not consider needs of patients, families, colleagues, does not display responsible behavior

Always demonstrates respect, compassion, integrity, honesty; teaches/role models responsible behavior; total commitment to self-assessment; willingly acknowledges errors; always considers needs of patient, families, colleagues

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | **Not as good as I would expect of a resident in this PGY level** | Does a good job (about the same as most other residents) | Better than I would expect of a resident in this PGY level | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | **3** ✓ | 4 | 5 | 6 | 7 | 8 | 9 | N/A |

### SYSTEM-BASED LEARNING

Unable to access/mobilize outside resources; actively resists efforts to improve systems of care systematic approaches to reduce error and improve patient care

Effectively accesses/utilizes outside resources; effectively uses systematic approaches to reduce errors and improve patient care; enthusiastically assists in developing systems' improvement

IW63831

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | | Does a good job (about the same as most other residents) | | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | | | ○ |

**Chart Audits/Medical Record Review**

Clinical documentation is disorganized and incomplete; assessments are inaccurate; plans are not appropriate; notes and signatures are illegible. Discharge summaries are disorganized, incomplete and inaccurate.

Chart documentation is logically formatted and thorough; assessments are accurate; plans are appropriate; notes and signatures are legible. Discharge summaries are well organized, thorough and accurate.

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | | Does a good job (about the same as most other residents) | | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | | | ● |

**Overall/Summary**

Resident's overall clinical competence in rotation.   Resident's overall clinical competence in rotation.

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | **Not as good as I would expect of a resident in this PGY level** | | Does a good job (about the same as most other residents) | | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ |

Overall Comments:
Had trouble identifying salient issues and prioritizing relevant issues, as well as eliciting through information and HPI. Presentations not appropriate for intern level. Had trouble executing tasks as discussed and multitasking. Below average understanding of workup and medical knowledge. Shows some interest but poor patient flow on this rotation. Performed at level of MS4-3.

Reuben Johnson (Evaluator) signed and submitted this document on 10/19/2016 1:17:17 PM ☑

Evaluation Submitted on 10/19/2016 1:17:17 PM EST.

EM Off Service Resident Evaluation by attending



**Jeffery Adam Weisman**
Barnes-Jewish Hospital
Anesthesiology Residency
9/19/2016 to 10/16/2016
DEM:EM:EM-BJH

Evaluator

Reuben Johnson

*Grade interation with resident from "0" No interaction to "9" Best performance.*

### INTERPERSONAL AND COMMUNICATION SKILLS

Does not establish even minimally effective therapeutic relationships with patients and families; does not demonstrate ability to build relationships through listening, narrative or nonverbal skills; does not provide education or counseling to patients, families, or colleagues

Establishes a highly effective therapeutic relationship with patients and families; demonstrates excellent relationship building through listening, narrative and nonverbal skills; excellent education and counseling of patients, families, and colleagues; always "interpersonally" engaged

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | **Does a good job (about the same as most other residents)** | Better than I would expect of a resident in this PGY level | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Marked: 5

### MEDICAL KNOWLEDGE

Limited knowledge of basic and clinical sciences; minimal interest in learning; does not understand complex relations, mechanisms of disease

Exceptional knowledge of basic and clinical sciences; highly resourceful development of knowledge; comprehensive understanding of complex relationships, mechanisms of disease

| No Interaction | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | **Does a good job (about the same as most other residents)** | Better than I would expect of a resident in this PGY level | Better than most residents I have ever seen at this level | One of the best I have ever seen in this regard | N/A |
|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |

Marked: 5

### PATIENT CARE

Incomplete, inaccurate medical interviews, physical examinations, and review of other data; incompetent performance of essential procedures; fails to analyze clinical data and consider patient preferences when making medical decisions

Superb, accurate, focused medical interviews, physical examinations, review of other data, and procedural skills; always makes diagnostic and therapeutic decisions based on available evidence, sound judgement, and patient preferences

JW63756

|  | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | | **Does a good job (about the same as most other residents)** | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Interaction | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | N/A |
| ○ | ○ | ○ | ○ | ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

### PRACTICE-BASED LEARNING IMPROVEMENT

Fails to perform self-evaluation; lacks insight, initiative, resists or ignores feedback; fails to use information technology to enhance patient care or pursue self-improvement

Constantly evaluates own performance, incorporates feedback into improvement activities; effectively uses technology to manage information for patient care and self-improvement

|  | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | | **Does a good job (about the same as most other residents)** | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Interaction | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | N/A |
| ○ | ○ | ○ | ○ | ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

### PROFESSIONALISM

Lacks respect, compassion, integrity, honesty. Disregards need for self-assessment; fails to acknowledge errors; does not consider needs of patients, families, colleagues, does not display responsible behavior

Always demonstrates respect, compassion, integrity, honesty; teaches/role models responsible behavior; total commitment to self-assessment; willingly acknowledges errors; always considers needs of patient, families, colleagues

|  | One of the worst residents I've seen in this regard | Not very good but gets by (passable) | Not as good as I would expect of a resident in this PGY level | | **Does a good job (about the same as most other residents)** | Better than I would expect of a resident in this PGY level | | Better than most residents I have ever seen at this level | | One of the best I have ever seen in this regard | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No Interaction | | | | | | | | | | | |
| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | N/A |
| ○ | ○ | ○ | ○ | ○ | ✓ | ○ | ○ | ○ | ○ | ○ |

### SYSTEM-BASED LEARNING

Unable to access/mobilize outside resources; actively resists efforts to improve systems of care systematic approaches to reduce error and improve patient care

Effectively accesses/utilizes outside resources; effectively uses systematic approaches to reduce errors and improve patient care; enthusiastically assists in developing systems' improvement



Rating scale: 0 No Interaction | 1 One of the worst residents I've seen in this regard | 2 Not very good but gets by (passable) | 3 Not as good as I would expect of a resident in this PGY level | 4 | 5 Does a good job (about the same as most other residents) | 6 **Better than I would expect of a resident in this PGY level** ✓ | 7 | 8 Better than most residents I have ever seen at this level | 9 One of the best I have ever seen in this regard | N/A

### Chart Audits/Medical Record Review

Clinical documentation is disorganized and incomplete; assessments are inaccurate; plans are not appropriate; notes and signatures are illegible. Discharge summaries are disorganized, incomplete and inaccurate.

Chart documentation is logically formatted and thorough; assessments are accurate; plans are appropriate; notes and signatures are ligible. Discharge summaries are well organized, thorough and accurate.



Rating scale: 0–9, N/A ✓

### Overall/Summary

Resident's overall clinical competence in rotation.   Resident's overall clinical competence in rotation.

Rating scale: 0 No Interaction | 1 One of the worst residents I've seen in this regard | 2 Not very good but gets by (passable) | 3 Not as good as I would expect of a resident in this PGY level | 4 | 5 **Does a good job (about the same as most other residents)** ✓ | 6 Better than I would expect of a resident in this PGY level | 7 | 8 Better than most residents I have ever seen at this level | 9 One of the best I have ever seen in this regard | N/A

**Overall Comments:**
Strengths: Great to work with. Enthusiastic. Eager to follow up on things. Great job picking up multiple pts and team player. Reliable and hardworking. Solid attention to detail. Very thorough job. Good H&Ps. Motivated to see pts and has good initial plans. Quiet but competent. Could improve on: Going forward, I would recommend expanding his ddx and considering more focused plans to rule out emergent conditions. Struggled in TCC. Had difficulty making decisions and did not consistently place orders and follow them (though was eager to see pts and learn). Did get more comfortable throughout his rotation to make better plans. Work on improving and prioritizing differentials (what do you want to work up and why?) – also, work on more timely tests/treatments.

Evaluation Submitted on 1/17/2017 11:12:50 AM EST.

This Evaluation updated by Sharon Stark on 1/17/2017 11:12:50 AM EST.

JW63758