# EXHIBIT K –

# BJH 21-1-22 Third Supplemental Answers to Plaintiff's Supplemental Interrogatories

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY WEISMAN, and<br>STRATEGIC BIOMEDICAL, INC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No.   4:19-cv-75-JAR |
| v. | ) <br> ) | The Honorable John A. Ross |
| | ) | |
| BARNES JEWISH HOSPITAL,<br>BJC HEALTHCARE,<br>WASHINGTON UNIVERSITY,<br>ALEX EVERS,<br>RICHARD BENZINGER, and<br>THOMAS COX, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| | ) <br> ) | |
| Defendants. | ) | |

## DEFENDANT BARNES-JEWISH HOSPITAL'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S SUPPLEMENTAL RULE 33 INTERROGATORIES

Defendant Barnes-Jewish Hospital ("BJH") provides the following second supplemental objections and responses to Plaintiff's Supplemental Rule 33 Interrogatories to Barnes-Jewish Hospital dated March 26, 2022.

## INTERROGATORIES

4.     List all costs and expenses incurred as a result of learning that the Plaintiff allegedly photographed certain email in George Benzinger's account on December 13, 2017.

**ANSWER:** BJH incurred (and is continuing to incur) costs and expenses through its investigation of Plaintiff's access to and photographing of Dr. Benzinger's email account. BJH also incurred (and is continuing to incur) attorneys' fees related to the investigation of Plaintiff's access to and photographing of Dr. Benzinger's email account. BJH states that the investigation and discovery are ongoing, and it reserves its right to supplement this interrogatory as additional information becomes available. To the extent Interrogatory No. 4 asks for more, BJH objects to Interrogatory No. 4 because the terms "costs and expenses" are undefined, unclear, vague, ambiguous, subject to varying interpretations, overly broad, and unduly burdensome. BJH further objects to Interrogatory No. 4 as overly broad, unduly burdensome, and not proportional to the needs of this case. BJH further objects to Interrogatory No. 4 to the

extent it seeks documents protected by the attorney-client privilege and/or work product doctrine.

**SUPPLEMENTAL ANSWER:**     BJH has incurred approximately $3,802 in attorneys' fees related to BJH's prosecution of its counterclaim as of BJH's January 31, 2022 invoice.  BJH is continuing to incur attorneys' fees related to the investigation of Plaintiff's access to and photographing of Dr. Benzinger's email account and the prosecution of its counterclaim.  BJH states that the investigation and discovery are ongoing, and it reserves its right to supplement this interrogatory as additional information becomes available.

**SECOND SUPPLEMENTAL ANSWER:**     BJH has incurred approximately $24,000 in attorneys' fees related to BJH's prosecution of its counterclaim.  BJH is continuing to incur attorneys' fees related to the investigation of Plaintiff's access to and photographing of Dr. Benzinger's email account and the prosecution of its counterclaim.  BJH has incurred approximately $1,500 in costs to investigate Plaintiff's access to and photographing of Dr. Benzinger's email account.  BJH states that the investigation and discovery are ongoing, and it reserves its right to supplement this interrogatory as additional information becomes available.

**THIRD SUPPLEMENTAL ANSWER:**   BJH identifies the following individuals with knowledge of BJH's investigation into Plaintiff's computer tampering:

- **Kaleo Cobb-Adams**
- **Brian Haefner**
- **Roslyn Henderson**
- **Nichole Jennings**
- **Matthew Modica**
- **Terra Mouser**
- **Christopher Niekamp**
- **Christine Ramatowski**
- **Jodi Sanchez**
- **Casey Taylor**

BJH refers Plaintiff to redacted billing statements of their attorneys' fees related to their investigation and prosecution of the computer tampering counterclaim (Bates Nos. BJH000672-708).

BARNES-JEWISH HOSPITAL

By:     Terra Mouser

Its:    Director, Graduate Medical Education
        and Medical Staff Services


Under the penalties perjury provided by law, the undersigned certifies that h/she have read Barnes-Jewish Hospital's Objections and Responses to Plaintiff's Supplemental Rule 33 Interrogatories to Barnes-Jewish Hospital and know its contents. Being duly sworn upon oath, I state that I am an employee of Barnes-Jewish Hospital, a party to this action, and verify the foregoing Supplemental Objections and Responses to Plaintiff's Supplemental Rule 33 Interrogatories; that I am duly authorized to do so; and that I am informed and believe and on that ground allege that the facts and matters set forth therein are true and accurate.

_Terra Mouser_

Respectfully submitted as to objections,

HUSCH BLACKWELL LLP

By: /s/ Blake R. Armstrong
Michael P. Nolan, Bar No. 54046MO
Theresa M. Mullineaux, Bar. No 70267MO
Blake R. Armstrong, Bar No. 72683MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500
Fax: (314) 480-1505
Michael.Nolan@huschblackwell.com
Theresa.Mullineaux@huschblackwell.com
Blake.Armstrong@huschblackwell.com

*Attorneys for Barnes-Jewish Hospital and BJC Healthcare*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2022, a true and accurate copy of the foregoing was electronically served upon all counsel of record.

/s/ Blake R. Armstrong

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | December 06, 2021 |
| Invoice Number: | 3090161 |

**INVOICE SUMMARY**

For Professional Services Rendered and Costs Advanced Through November 30, 2021

Currency: USD

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| | PAYMENT DUE UPON RECEIPT |
| Invoice Date: | December 06, 2021 |
| Invoice Number: | 3090161 |

For Professional Services Rendered and Costs Advanced Through November 30, 2021

Currency: USD

| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 11/23/21 | | 0.60 | $195.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
|      | C. Claiborne         |       |        |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | January 28, 2022 |
| Invoice Number: | 3114502 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through December 31, 2021

Currency: USD



# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

████████████████████████████████████████████████████

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

|  |  |
|---|---|
|  | PAYMENT DUE UPON RECEIPT |
| Invoice Date: | January 28, 2022 |
| Invoice Number: | 3114502 |

For Professional Services Rendered and Costs Advanced Through December 31, 2021

Currency: USD



| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 12/01/21 | ██████████████████████ | 0.30 | $97.50 |
|  | C. Claiborne |  |  |
| 12/02/21 | ██████████████████████ | 3.20 | $576.00 |
|  | J. Perkins |  |  |
| 12/08/21 | ██████████████████████ | 0.60 | $195.00 |
|  | C. Claiborne |  |  |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/09/21 | C. Claiborne | 0.60 | $195.00 |
| 12/09/21 | C. Claiborne | 0.50 | $162.50 |
| 12/10/21 | C. Claiborne | 0.60 | $195.00 |
| 12/10/21 | C. Claiborne | 0.80 | $260.00 |
| 12/14/21 | C. Claiborne | 1.70 | $552.50 |
| 12/14/21 | M. Nolan | 0.50 | $337.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/21/21 | | 0.20 | $36.00 |
| | J. Perkins | | |
| 12/22/21 | | 1.00 | $325.00 |
| | C. Claiborne | | |
| 12/30/21 | | 2.10 | $682.50 |
| | C. Claiborne | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | February 21, 2022 |
| Invoice Number: | 3122550 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through January 31, 2022

Currency: USD



# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

PAYMENT DUE UPON RECEIPT
| | |
|---|---|
| Invoice Date: | February 21, 2022 |
| Invoice Number: | 3122550 |

For Professional Services Rendered and Costs Advanced Through January 31, 2022

Currency: USD



| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 01/03/22 | | 0.40 | $130.00 |
| | C. Claiborne | | |
| 01/05/22 | | 0.40 | $130.00 |
| | C. Claiborne | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/11/22 | | 1.40 | $252.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/14/22 | B. Armstrong | 0.30 | $73.50 |
| 01/14/22 | C. Claiborne | 0.40 | $130.00 |
| 01/18/22 | C. Claiborne | 0.70 | $227.50 |
| 01/26/22 | J. Perkins | 0.20 | $36.00 |
| 01/27/22 | C. Claiborne | 0.40 | $130.00 |

CONFIDENTIAL INFORMATION
PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

# ⊦HUSCH BLACKWELL

P.O. BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No. 26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | August 31, 2022 |
| Invoice Number: | 3216716 |

### INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through July 31, 2022

Currency: USD

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/18/22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>M. Nolan | 0.50 | $250.00 |
| 05/19/22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>B. Armstrong | 0.70 | $171.50 |
| 05/19/22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>B. Armstrong | 1.60 | $392.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/19/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>M. Nolan | 0.90 | $450.00 |
| | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | |
| 05/25/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉<br>B. Armstrong | 0.60 | $147.00 |
| 05/25/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉<br>M. Nolan | 0.80 | $400.00 |
| 05/26/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉<br>B. Armstrong | 0.70 | $171.50 |
| 05/26/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>M. Nolan | 0.40 | $200.00 |
| 05/27/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>B. Armstrong | 1.70 | $416.50 |
| 05/27/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>M. Nolan | 0.20 | $100.00 |
| 06/02/22 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉<br>▉▉▉▉▉▉▉▉▉▉▉▉▉<br>B. Armstrong | 0.10 | $24.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/02/22 | M. Nolan | 0.20 | $100.00 |
| 06/06/22 | B. Armstrong | 0.40 | $98.00 |
| 06/06/22 | M. Nolan | 0.50 | $250.00 |
| 06/06/22 | M. Nolan | 0.20 | $100.00 |
| 06/07/22 | B. Armstrong | 0.20 | $49.00 |
| 06/07/22 | J. Perkins | 0.20 | $36.00 |
| 06/07/22 | J. Perkins | 0.20 | $36.00 |
| 06/07/22 | M. Nolan | 0.10 | $50.00 |

**CONFIDENTIAL INFORMATION**
**PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/08/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |
| 06/08/22 | | 0.40 | $72.00 |
| | J. Perkins | | |
| 06/10/22 | | 0.30 | $73.50 |
| | B. Armstrong | | |
| 06/10/22 | | 0.30 | $54.00 |
| | J. Perkins | | |
| 06/10/22 | | 1.40 | $252.00 |
| | J. Perkins | | |
| 06/10/22 | | 0.20 | $36.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | | | |
| 06/16/22 | ███████████████ ██████████ B. Armstrong | 1.00 | $245.00 |
| 06/16/22 | ████████████████ ███ M. Nolan | 0.30 | $150.00 |
| 06/17/22 | ███████████████ ███████ B. Armstrong | 0.50 | $122.50 |
| 06/20/22 | ██████████████ ████ B. Armstrong | 0.30 | $73.50 |



*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 07/15/22 | ███████████████ ███████████ B. Armstrong | 0.30 | $73.50 |
| 07/15/22 | ████████████ ████████ T. Mullineaux | 0.60 | $225.00 |
| 07/17/22 | ████████████ █████████████ █████████ B. Armstrong | 0.40 | $98.00 |
| 07/17/22 | ██████████████ T. Mullineaux | 0.40 | $150.00 |
| 07/18/22 | ███████████████ █████████████ ██████ B. Armstrong | 0.10 | $24.50 |
| 07/18/22 | ██████████ M. Nolan | 0.20 | $100.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

████████████████████████████████████████

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| ████████████████████████████████████████ | | | |
| 07/19/22 | ███████████████████████ ████████████████████████ ████████████ | 1.10 | $269.50 |
| | B. Armstrong | | |
| ████████████████████████████████████████ | | | |
| 07/19/22 | ███████████████████ | 0.30 | $150.00 |
| | M. Nolan | | |
| 07/19/22 | ██████████████████████ | 1.70 | $637.50 |
| | T. Mullineaux | | |
| 07/20/22 | ██████████████████████ ████████████████████████ ████████ | 0.60 | $147.00 |
| | B. Armstrong | | |
| ████████████████████████████████████████ | | | |
| 07/20/22 | ████████████████ | 0.70 | $262.50 |
| | T. Mullineaux | | |
| 07/21/22 | ██████████████████████ ████████████████████████ ████████ | 0.40 | $98.00 |
| | B. Armstrong | | |
| ████████████████████████████████████████ | | | |
| 07/21/22 | ██████████████████████ ████████ | 0.40 | $150.00 |
| | T. Mullineaux | | |

████████████████████████████████████████

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/22/22 | | 0.70 | $171.50 |
| | B. Armstrong | | |
| 07/22/22 | | 0.70 | $262.50 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# ⊦HUSCH BLACKWELL

P.O. BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No. 26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | October 13, 2022 |
| Invoice Number: | 3235791 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through September 30, 2022

Currency: USD



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/18/22 | | 0.20 | $49.00 |
| | B. Armstrong | | |
| 08/18/22 | | 0.40 | $98.00 |
| | B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/18/22 | | 0.20 | $36.00 |
| | J. Perkins | | |
| 08/19/22 | | 0.40 | $98.00 |
| | B. Armstrong | | |
| 08/19/22 | | 0.40 | $140.00 |
| | T. Mullineaux | | |
| 08/19/22 | | 0.80 | $280.00 |
| | T. Mullineaux | | |
| 08/21/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |
| 08/21/22 | | 0.20 | $70.00 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/22/22 | ███████████████████████████ ████ B. Armstrong | 0.20 | $49.00 |



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/22/22 | ██████████████████████████ ████████████████████ ███ T. Mullineaux | 0.60 | $210.00 |
| 08/23/22 | ██████████████████████ B. Armstrong | 0.20 | $49.00 |
| 08/23/22 | ████████████████████████████ ██ T. Mullineaux | 0.30 | $105.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/24/22 | | 1.10 | $269.50 |
| | B. Armstrong | | |
| 08/24/22 | | 0.30 | $73.50 |
| | B. Armstrong | | |
| 08/24/22 | | 1.90 | $665.00 |
| | T. Mullineaux | | |
| 08/24/22 | | 0.30 | $105.00 |
| | T. Mullineaux | | |
| 08/26/22 | | 0.30 | $73.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | B. Armstrong | | |
| 08/26/22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | $73.50 |
| | B. Armstrong | | |
| 08/26/22 | ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.70 | $595.00 |
| | T. Mullineaux | | |
| 08/27/22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | $350.00 |
| | T. Mullineaux | | |
| 08/28/22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.60 | $392.00 |
| | B. Armstrong | | |
| 08/28/22 | ▓▓▓▓▓▓▓▓▓▓▓ | 1.90 | $665.00 |
| | T. Mullineaux | | |
| 08/29/22 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.40 | $343.00 |
| | B. Armstrong | | |
| 08/29/22 | ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | $90.00 |
| | M. Nolan | | |
| 08/29/22 | ▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | $140.00 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/30/22 | ████████████████████████████████ | 1.60 | $392.00 |
| | B. Armstrong | | |



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/30/22 | ████████████████████ | 1.10 | $495.00 |
| | M. Nolan | | |
| 08/30/22 | ████████████████████████ | 1.00 | $350.00 |
| | T. Mullineaux | | |
| 08/31/22 | ████████████████████████ | 0.50 | $122.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | B. Armstrong | | |
| 08/31/22 | | 0.30 | $135.00 |
| | M. Nolan | | |
| 09/01/22 | | 2.00 | $490.00 |
| | B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/01/22 | ████████████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ████████████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ████████████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ███████████████ M. Nolan | 0.90 | $405.00 |
| 09/01/22 | ███████████████ T. Mullineaux | 0.80 | $280.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/07/22 | | 0.20 | $36.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/09/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |
| 09/09/22 | | 0.20 | $70.00 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/10/22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>B. Armstrong | 4.10 | $1,004.50 |
| 09/11/22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>T. Mullineaux | 3.30 | $1,155.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/13/22 | ████████████████████████ | 2.80 | $504.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
| --- | --- | --- | --- |
| 09/14/22 | M. Nolan | 6.50 | $2,925.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/14/22 | | 3.60 | $1,260.00 |
| | T. Mullineaux | | |
| 09/15/22 | | 0.30 | $135.00 |
| | M. Nolan | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/19/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/28/22 | | 1.40 | $490.00 |
| | T. Mullineaux | | |
| 09/29/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*