# EXHIBIT L –

# BJH 672-708

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | December 06, 2021 |
| Invoice Number: | 3090161 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through November 30, 2021

Currency: USD

# HUSCH BLACKWELL

P O BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No 26-1688286

████████████████████████████████████████████████

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

PAYMENT DUE UPON RECEIPT

Invoice Date:           December 06, 2021
Invoice Number:              3090161

For Professional Services Rendered and Costs Advanced Through November 30, 2021

Currency: USD

████████████████████████████████████████████████

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| ███████████████████████████████████████████████ | | | |
| 11/23/21 | ███████████████████████ | 0.60 | $195.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
|      | C. Claiborne         |       |        |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P O BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | January 28, 2022 |
| Invoice Number: | 3114502 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through December 31, 2021

Currency: USD



# HUSCH BLACKWELL

P O BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

███████████████████████████████████████████████████████████

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

PAYMENT DUE UPON RECEIPT

| | |
|---|---|
| Invoice Date: | January 28, 2022 |
| Invoice Number: | 3114502 |

For Professional Services Rendered and Costs Advanced Through December 31, 2021

Currency: USD



| Date | Professional Services | Hours | Amount |
|---|---|---|---|
| 12/01/21 | ████████████████████████ | 0.30 | $97.50 |
| | C. Claiborne | | |
| 12/02/21 | ████████████████████████ | 3.20 | $576.00 |
| | J. Perkins | | |
| 12/08/21 | ████████████████████████ | 0.60 | $195.00 |
| | C. Claiborne | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/09/21 | | 0.60 | $195.00 |
| | C. Claiborne | | |
| 12/09/21 | | 0.50 | $162.50 |
| | C. Claiborne | | |
| 12/10/21 | | 0.60 | $195.00 |
| | C. Claiborne | | |
| 12/10/21 | | 0.80 | $260.00 |
| | C. Claiborne | | |
| 12/14/21 | | 1.70 | $552.50 |
| | C. Claiborne | | |
| 12/14/21 | | 0.50 | $337.50 |
| | M. Nolan | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 12/21/21 | | 0.20 | $36.00 |
| | J. Perkins | | |
| 12/22/21 | | 1.00 | $325.00 |
| | C. Claiborne | | |
| 12/30/21 | | 2.10 | $682.50 |
| | C. Claiborne | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | February 21, 2022 |
| Invoice Number: | 3122550 |

**INVOICE SUMMARY**

For Professional Services Rendered and Costs Advanced Through January 31, 2022

Currency: USD



# HUSCH BLACKWELL

P O  BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No  26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

PAYMENT DUE UPON RECEIPT

Invoice Date:                February 21, 2022
Invoice Number:                      3122550

For Professional Services Rendered and Costs Advanced Through January 31, 2022

Currency: USD



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/03/22 | | 0.40 | $130.00 |
| | C. Claiborne | | |
| 01/05/22 | | 0.40 | $130.00 |
| | C. Claiborne | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/11/22 | | 1.40 | $252.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 01/14/22 | B. Armstrong | 0.30 | $73.50 |
| 01/14/22 | C. Claiborne | 0.40 | $130.00 |
| 01/18/22 | C. Claiborne | 0.70 | $227.50 |
| 01/26/22 | J. Perkins | 0.20 | $36.00 |
| 01/27/22 | C. Claiborne | 0.40 | $130.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P.O. BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No. 26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

| | |
|---|---|
| Invoice Date: | August 31, 2022 |
| Invoice Number: | 3216716 |

## INVOICE SUMMARY

For Professional Services Rendered and Costs Advanced Through July 31, 2022

Currency: USD



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/18/22 | ████████████████████ M. Nolan | 0.50 | $250.00 |
| 05/19/22 | ████████████████ B. Armstrong | 0.70 | $171.50 |
| 05/19/22 | ████████████████ B. Armstrong | 1.60 | $392.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 05/19/22 | ██████████████████████████ M. Nolan | 0.90 | $450.00 |
| 05/25/22 | ███████████████████ B. Armstrong | 0.60 | $147.00 |
| 05/25/22 | ███████████████████████ M. Nolan | 0.80 | $400.00 |
| 05/26/22 | ███████████████████ B. Armstrong | 0.70 | $171.50 |
| 05/26/22 | ████████████ M. Nolan | 0.40 | $200.00 |
| 05/27/22 | ███████████████████████ B. Armstrong | 1.70 | $416.50 |
| 05/27/22 | ███████████████████████ M. Nolan | 0.20 | $100.00 |
| 06/02/22 | █████████████████████ B. Armstrong | 0.10 | $24.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/02/22 | M. Nolan | 0.20 | $100.00 |
| 06/06/22 | B. Armstrong | 0.40 | $98.00 |
| 06/06/22 | M. Nolan | 0.50 | $250.00 |
| 06/06/22 | M. Nolan | 0.20 | $100.00 |
| 06/07/22 | B. Armstrong | 0.20 | $49.00 |
| 06/07/22 | J. Perkins | 0.20 | $36.00 |
| 06/07/22 | J. Perkins | 0.20 | $36.00 |
| 06/07/22 | M. Nolan | 0.10 | $50.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/08/22 | ███████████████ <br> ██████████ <br> B. Armstrong | 0.10 | $24.50 |
| 06/08/22 | ███████████████ <br> ███████████████ <br> J. Perkins | 0.40 | $72.00 |
| 06/10/22 | █████████████ <br> █████ <br> B. Armstrong | 0.30 | $73.50 |
| 06/10/22 | ██████████████ <br> ██████ <br> J. Perkins | 0.30 | $54.00 |
| 06/10/22 | ██████████████ <br> ███████████ <br> J. Perkins | 1.40 | $252.00 |
| 06/10/22 | ██████████████ <br> ██████████ <br> J. Perkins | 0.20 | $36.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 06/16/22 | B. Armstrong | 1.00 | $245.00 |
| 06/16/22 | M. Nolan | 0.30 | $150.00 |
| 06/17/22 | B. Armstrong | 0.50 | $122.50 |
| 06/20/22 | B. Armstrong | 0.30 | $73.50 |



*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/15/22 | B. Armstrong | 0.30 | $73.50 |
| 07/15/22 | T. Mullineaux | 0.60 | $225.00 |
| 07/17/22 | B. Armstrong | 0.40 | $98.00 |
| 07/17/22 | T. Mullineaux | 0.40 | $150.00 |
| 07/18/22 | B. Armstrong | 0.10 | $24.50 |
| 07/18/22 | M. Nolan | 0.20 | $100.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/19/22 | ███ B. Armstrong | 1.10 | $269.50 |
| 07/19/22 | ███ M. Nolan | 0.30 | $150.00 |
| 07/19/22 | ███ T. Mullineaux | 1.70 | $637.50 |
| 07/20/22 | ███ B. Armstrong | 0.60 | $147.00 |
| 07/20/22 | ███ T. Mullineaux | 0.70 | $262.50 |
| 07/21/22 | ███ B. Armstrong | 0.40 | $98.00 |
| 07/21/22 | ███ T. Mullineaux | 0.40 | $150.00 |

CONFIDENTIAL INFORMATION
PROTECTED BY ATTORNEY-CLIENT PRIVILEGE

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 07/22/22 | ██████████████████ | 0.70 | $171.50 |
| | B. Armstrong | | |
| 07/22/22 | ██████████████████ | 0.70 | $262.50 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

# HUSCH BLACKWELL

P.O. BOX 790379, SAINT LOUIS, MISSOURI 63179, (314) 480-1500, Federal ID No. 26-1688286

**Needs to be Electronically Billed (LEGALTRACKER)**
**Do not mail and return to billing**

BJC Health System

|  |  |
|---|---|
| Invoice Date: | October 13, 2022 |
| Invoice Number: | 3235791 |

**INVOICE SUMMARY**

For Professional Services Rendered and Costs Advanced Through September 30, 2022

Currency: USD



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/18/22 | ███████████████████████ | 0.20 | $49.00 |
| | ███████ B. Armstrong | | |
| 08/18/22 | ███████████████████████ | 0.40 | $98.00 |
| | ███████ B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/18/22 | | 0.20 | $36.00 |
| | J. Perkins | | |
| 08/19/22 | | 0.40 | $98.00 |
| | B. Armstrong | | |
| 08/19/22 | | 0.40 | $140.00 |
| | T. Mullineaux | | |
| 08/19/22 | | 0.80 | $280.00 |
| | T. Mullineaux | | |
| 08/21/22 | | 0.10 | $24.50 |
| | B. Armstrong | | |
| 08/21/22 | | 0.20 | $70.00 |
| | T. Mullineaux | | |



*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/22/22 |  B. Armstrong | 0.20 | $49.00 |
| 08/22/22 | T. Mullineaux | 0.60 | $210.00 |
| 08/23/22 | B. Armstrong | 0.20 | $49.00 |
| 08/23/22 | T. Mullineaux | 0.30 | $105.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/24/22 | ██████████████████████ ██████████████ B. Armstrong | 1.10 | $269.50 |
| 08/24/22 | ██████████████████████ ████████████ B. Armstrong | 0.30 | $73.50 |
| 08/24/22 | ██████████████████ T. Mullineaux | 1.90 | $665.00 |
| 08/24/22 | ██████████████████████ ███████████ T. Mullineaux | 0.30 | $105.00 |
| 08/26/22 | ██████████████████████ ████ | 0.30 | $73.50 |



*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | B. Armstrong | | |
| 08/26/22 | ███████████████████ | 0.30 | $73.50 |
| | B. Armstrong | | |
| 08/26/22 | ████████████ | 1.70 | $595.00 |
| | T. Mullineaux | | |
| 08/27/22 | █████████████████ | 1.00 | $350.00 |
| | T. Mullineaux | | |
| 08/28/22 | ████████████████ | 1.60 | $392.00 |
| | B. Armstrong | | |
| 08/28/22 | █████████████ | 1.90 | $665.00 |
| | T. Mullineaux | | |
| 08/29/22 | █████████████████ | 1.40 | $343.00 |
| | B. Armstrong | | |
| 08/29/22 | ███████████████ | 0.20 | $90.00 |
| | M. Nolan | | |
| 08/29/22 | ██████████████ | 0.40 | $140.00 |
| | T. Mullineaux | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 08/30/22 | ███████████████████████ ███████ B. Armstrong | 1.60 | $392.00 |
| |  | | |
| 08/30/22 | ███████████████████ M. Nolan | 1.10 | $495.00 |
| 08/30/22 | ████████████████████ T. Mullineaux | 1.00 | $350.00 |
| |  | | |
| 08/31/22 | ████████████████████ | 0.50 | $122.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| | B. Armstrong | | |
| 08/31/22 | | 0.30 | $135.00 |
| | M. Nolan | | |
| 09/01/22 | | 2.00 | $490.00 |
| | B. Armstrong | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/01/22 | ███████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ███████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ███████████████████ J. Perkins | 0.20 | $36.00 |
| 09/01/22 | ██████████ M. Nolan | 0.90 | $405.00 |
| 09/01/22 | ████████████ T. Mullineaux | 0.80 | $280.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|

| 09/07/22 | | 0.20 | $36.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/09/22 | B. Armstrong | 0.10 | $24.50 |
| 09/09/22 | T. Mullineaux | 0.20 | $70.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/10/22 | B. Armstrong | 4.10 | $1,004.50 |
| 09/11/22 | T. Mullineaux | 3.30 | $1,155.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/13/22 | ████████████████████████ | 2.80 | $504.00 |
| | J. Perkins | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/14/22 | M. Nolan | 6.50 | $2,925.00 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*

| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/14/22 | | 3.60 | $1,260.00 |
| | T. Mullineaux | | |
| 09/15/22 | | 0.30 | $135.00 |
| | M. Nolan | | |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/19/22 |  | 0.10 | $24.50 |
|  | B. Armstrong |  |  |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*



| Date | Professional Services | Hours | Amount |
|------|----------------------|-------|--------|
| 09/28/22 | T. Mullineaux | 1.40 | $490.00 |
| 09/29/22 | B. Armstrong | 0.10 | $24.50 |

*CONFIDENTIAL INFORMATION*
*PROTECTED BY ATTORNEY-CLIENT PRIVILEGE*