Weisman, Jeffery (13098329)　　　　　　　　　　　　　　　　　　　　　　　　12/02/2015
MSPE

Confidential

Office of Student Affairs
Louisiana State University School of Medicine-Shreveport

1501 Kings Highway, Shreveport, LA 71130
(318) 675-5339

Our institution's curriculum consists of three modules of instruction in the first two years, covering the basic sciences, normal and diseased states in a "system based" framework.

The third year consists of six, six-week clinical rotations: Pediatrics, Medicine, Surgery, Ob/Gyn, Psychiatry and Family Medicine, and two mandatory two-week rotations (Neurology and Ambulatory General Medicine). In addition, they also complete two elective rotations.

During the fourth year students must participate in a number of electives and selectives that include (four-week duration) Acting Internship, Outpatient Clinic, Community Outpatient Clinic and a repeat of one of these in an area of their interest.

USMLE Policy: our institution requires that students take and pass Step 1 of the USMLE before the third year; if they fail, they must retake it successfully before continuing. We require them to attempt Step 2 and Step 2 CS, but passing is not required for graduation.

# Jeff Weisman

Mr. Weisman entered the LSUHSC-Shreveport School of Medicine in the fall of 2010. He is expected to graduate in May 2016.

**Summary:**
Mr. Weisman has a GPA of 3.11 and a class rank of 81/110.

**Basic Sciences:**
Mr. Weisman's preclinical record reflects very good performance, with a GPA of 3.03 for the first two years of medical school.

THIRD-YEAR CLINICAL CLERKSHIPS (in rotation order)

**Ob/Gyn:**
- Comments:
    Great student. Presented urinary physiology during GYN pre-op conference. This presentation was entertaining and had good slides. Well done. A pleasure to have on service.
    Wasted potential. Very bright but didn't seem to care.
    Enjoyed having you on the service. Keep up the good job.
Final Grade: B



Weisman, Jeffery (13098329)

MSPE

### Pediatrics:
- Comments:
  Reads, proactive, eager to learn. Uses feedback to improve performance. Needs to practice applying medical knowledge in the clinical setting.
  Very hard working and enthusiastic. Great to work with.
  Asked great questions and eager to learn.
  Good job at the pediatric clinic. Demonstrated eagerness in learning and acquiring patient care skills.
  Great job in the clinic.
  Thorough with the history any physical examination. Hard working student. Very professional in discussions with the families.

Final Grade: B

### Family Medicine:
- Comments: Solid work

Final Grade: A

### Medicine:
- Comments:
  Jeff performed well during this rotation. He established good rapport with patients with other team members.
  Jeffrey Weisman is a good student. Very good H&Ps. Need to participate more actively with patient care.
  Jeff did great.
  Jeff did well on the cardiology service. He showed genuine interest in learning and caring for his patients.

Final Grade: C

### Surgery:
- Comments:
  Mr. Weisman was superior in all facets of his surgical rotation here. I enjoyed working with him and look forward to working with him in the future.
  He is a student who was interested in learning.
  Jeff was good to work with and did a good job
  Jeff did a good job on his general surgery rotation. While he sometimes seemed nervous when presenting patients, I believe this will improve with more clinical experience. He worked very hard and was genuinely concerned for his patients, which will serve him well.

In addition, Jeff earned an <u>honors</u> grade on the NBME subject examination in Surgery.

Final Grade: B

### Psychiatry:
- Comments:
  Great job!
  Student showed initiative, and was well liked by staff and patients alike. Student performed well in both the in-patient and ambulatory sections of this rotation.

Weisman, Jeffery (13098329)                                              12/02/2015
MSPE

In addition, Jeff earned an honors grade on the NBME subject examination in Psychiatry.
Final Grade: A

### Neurology:
- Comments:
  Intelligent hardworking student.
  Good student, good bedside manners.

Final Grade: B

### Ambulatory Care General Medicine:
- Comments:

Final Grade: B

### ELECTIVES
### Anesthesiology: A
- Comments:

### Radiology: A
- Comments:
  Perfect attendance. Excellent rotation.

### Research:
Jeff has the strongest research background of any student who I have met in my 18 years at this institution. In addition to his research, Jeff has managed to receive external funding for most of his work. He is passionate about his work and the ability of his research to have a direct effect on people's lives. He has also submitted 6 patent applications concerning his 3-D modeling processes.

### Extracurricular Activities:
Jeff has been managing editor of a student research journal produced by members of our student body. In addition he helped design and implement the school's new research distinction track. He also serves as our student representative for the American Physician Scientist organization.

### Summary:
Jeff Weisman is truly a unique medical student. He holds a JD, Ph.D. and soon an M.D. I believe the M.D. degree is the culmination of his intellectual journey. He is highly intelligent and has a level of intellectual curiosity I had not encountered previously. He has been of particular help to this office, volunteering his legal acumen to help other students. It is in his academic career that Jeff has really shone. His research is important, well funded and he has helped involve many of his classmates in basic and applied research. This focus has resulted perhaps in slightly lower grades in his clinical courses than he may have otherwise achieved, but I believe he has balanced these two facets well and has indeed earned excellent comments from his teachers. Jeff also has good communication skills and has a kind and caring manner towards his peers and his patients. He will be an outstanding physician-scientist and will make a tremendously

important contribution, not only to his training program but also in the scientific community.

Sincerely,

Mark W. Platt, Ph.D.
Assistant Dean for Student Affairs