Stanford University - Confidential

## Janine Roberts

| | |
|---|---|
| **From:** | Jeff Weisman <jeff.a.weisman@gmail.com> |
| **Sent:** | Wednesday, December 5, 2018 12:01 PM |
| **To:** | Alex Macario |
| **Cc:** | Janine Roberts |
| **Subject:** | CA-2 Transfer Question-Jeff Weisman, MD, PhD |
| **Attachments:** | Jeff_Weisman_CV.pdf |

Dr. Macario,

I am looking to transfer to a new residency program and wanted to know if your program had any open CA-2 seats? I completed two years of anesthesiology training in good standing at Washington University in St. Louis and passed my basic anesthesiology board exam this past June. I was enrolled in their combined residency/fellowship/research pathway.

My academic background is that of an MD/PhD in Biomedical Engineering, and I am also a patent attorney. During my PhD training I was fortunate to personally be awarded grant funding, and I had been running a research lab in addition to my residency training duties. In July of this year I decided to depart the program to transfer. I am seeking a program that allows me a better balance to complete my training. Thank you for your time and please find attached my CV

Best Regards,

Jeff Weisman

Jeffery A. Weisman, MD, PhD, JD
jeffery.weisman@gmail.com
847.727.8675

1



JW00063956

Stanford University - Confidential

Curriculum Vitae

# Jeffery A. Weisman, MD, PhD, JD, MSF

301 Lakeview Drive, Buffalo Grove, IL 60089
jeffery.weisman@gmail.com | 847.727.8675

## Education and Training:

| | | |
|---|---|---|
| BS | 2001-2004 | University of Illinois at Urbana-Champaign<br>Molecular and Cellular Biology |
| MS | 2004-2005 | University of Illinois at Urbana-Champaign<br>Molecular and Cellular Biology |
| MSF | 2005-2007 | University of Illinois at Urbana-Champaign<br>Finance |
| JD | 2005-2007 | University of Illinois at Urbana-Champaign<br>Law |
| PhD | 2010-2014 | Louisiana Tech University<br>Biomedical Engineering<br>Dissertation "Nanotechnology and additive manufacturing platforms for clinical medicine: an investigation of 3D printing bioactive constructs and halloysite nanotubes for drug delivery and biomaterials" |
| MD | 2010-2016 | Louisiana State University Health Sciences Center at Shreveport<br>Medicine |
| Resident | 2016-2018 | Anesthesiology, Washington University in St. Louis<br>Academic Scholars combined residency/fellowship/research track |

Jeffery Weisman

1 of 12

JW00063957

Stanford University - Confidential

## Professional Experience:

**2015-2017**   **Director of R&D**
*Strategic Biomedical*, St. Louis, MO
- Led a start-up company focusing on the commercialization of bioactive printing technology developed at both Louisiana Tech University and LSU Health Shreveport
- Managed daily operations, research and development, patent filings, grant writing and investment opportunities

**2008-2011**   **General Counsel**
*MedTech Bioscience*, Chicago, IL
*Managed outside counsel and internal legal issues comprising:*
*Intellectual Property & Technology Transfer*
- Oversaw intellectual property disclosures and patent filings, managed outside counsel on provisional and utility patent filing, personally filed for state and federal trademark protection, checked copyright filings, researched ICAAN domain dispute
- Drafted patents on nanotechnology for drug detection and biomarkers for compounds targeting diseases
- Negotiated technology transfer agreements and contract research agreements with large public universities' technology transfer offices to secure laboratory space and intellectual property rights for funded research
*Healthcare Licensing, Government Research Grants & Government Contracting*
- Prepared and researched US Department of Health & Human Services CLIA laboratory certification as well as SAMHSA National Certified Laboratory Program application and researched Food and Drug Administration regulations
- Responsible for SBIR/STTR grant registration and final submission, obtained all registrations including DUNS number, CCR and National Institute of Health registration
*Securities, Corporate Transactions & Employment*
- Drafted multiple Regulation D private placements both with large law firm and independently to raise a second round of funding of $1.2 million for MedTech Bioscience and to raise $750,000 for J&M Medical Sales, prepared securities paper work for the SEC

**2011**   **Technology Development Summer Associate**
*National Institutes of Health, NIAID, OTD,* Bethesda, MD
- Worked within the National Institute of Allergy and Infectious Diseases' Office of Technology Development
- Reviewed technology transfer agreements between multiple international pharmaceutical companies involving development of the rotavirus vaccine
- Gained experience in creating Cooperative Research and Development Agreements (CRADAs) between governments, academic institutions and private industry

2 of 12

Jeffery Weisman

JW00063958

Stanford University - Confidential

## Licensure and Certification:

| | |
|---|---|
| Fellow American College of Legal Medicine (FACLM) | 2018-Present |
| Illinois Medical License | 2018-Present |
| Missouri Medical License | 2018-Present |
| Louisiana Medical License | 2018-Present |
| Illinois Bar Admission | 2008-Present |
| United States Patent Bar Admission | 2009-Present |
| District of Columbia Bar Admission | 2008-Present |
| Advanced Cardiac Life Support (ACLS) | 2016-Present |
| Advanced Trauma Life Support (ATLS) | 2016-Present |
| Pediatric Advanced Life Support (PALS) | 2018-Present |

## Membership and Honorary/Professional Societies:

| | |
|---|---|
| International Anesthesia Research Society | 2016-Present |
| American Society of Anesthesiologists | 2016-Present |
| American College of Legal Medicine | 2018-Present |
| American Physician Scientist Association | 2012-Present |
| American Medical Association | 2011-Present |
| American Bar Association | 2007-Present |
| American Intellectual Property Law Association | 2007-Present |

## Honors and Awards

| | |
|---|---|
| Research Honors Diploma Distinction<br>*LSU Health Sciences Center* | 2016 |
| Board of Regents Fellowship<br>*Louisiana Tech University* | 2010 |
| Idea Bounce Venture Competition Winner<br>*University of Illinois* | 2007 |
| James Scholar<br>*University of Illinois* | 2002 |
| 102nd Army Division Scholarship | 2002 |

Jeffery Weisman

JW00063959

Stanford University - Confidential

## RESEARCH ACTIVITIES:

### Research Labs:

| | |
|---|---|
| 2017 | **Founder** |
| | *Medical 3DP Lab, Washington University St. Louis* |
| | *Mallinckrodt Institute of Radiology* |
| | *https://www.mir.wustl.edu/research/research-support-facilities/3d-printing-lab-3dp* |
| | Medical 3D printing and surgical planning core facility on the medical center campus |

- Donated laboratory equipment and expertise from Strategic Biomedical Inc.

| | |
|---|---|
| 2014-2016 | **Director and Co-Founder** |
| | *Medical 3D Printing, Imaging and Modeling Facility* |
| | *Biomedical Research Foundation & University Health Hospital* |

- Led the development of the medical 3D printing and rapid proto-typing lab for both faculty research and local technology company use

| | |
|---|---|
| 2010-2014 | **Graduate Student** |
| | *BioMorph Lab, Louisiana Tech University* |
| | *PI: David K. Mills* |
| | Lab group "designing novel and dynamic nanofilms (biodegradable, bioactive, micropatterned) for cell adhesion, differentiation and functionality; nanoassembly for dental & orthopedic implants; layer-by-layer assembly for cell encapsulation, application of nanoscale topographic and chemical cues for controlling chondro- and osteogenesis; structure-function relationships in TMJ soft tissues, engineering tissues for TMJ repair or replacement." |

| | |
|---|---|
| 2002-2004 | **Researcher** |
| | *Tzumin Lee Neurogenetics Lab, University of Illinois at Urbana-Champaign* |
| | *PI: Tzumin Lee* |
| | Lab group "using Drosophila as a genetic model system for studying the cellular development of a complex brain to elucidate how numerous distinct neurons can derive from a limited number of progenitors, and to possibly reengineer the brain for understanding its structure, function and evolution." |

### Grants:

| | |
|---|---|
| May 2015 | **Biomedical Research Foundation of NW Louisiana: $60,000** |
| | *Medical 3D Printing and Rapid Proto-typing lab equipment grant* |
| | Role: Principal Investigator |

- Funds used to develop a 3D printing and rapid proto-typing laboratory for research or medical use at the University Health hospital and LSU Health academic medical center.

Jeffery Weisman

JW00063960

Stanford University - Confidential

| | |
|---|---|
| January 2015 | **LA-Tech Innovation Fund Grant: $20,000**<br>*3D Printing Bioactive Constructs*<br>Role: Principle Investigator<br>• This project further investigated and developed methods to 3D print bioactive catheters, stents and constructs for potential medical use then commercialized those discoveries through the joint development company Southern Biomedical Products, Inc. |
| October 2014 | **NASA-LA Space Consortium: $5,000**<br>*3D Printing Metals in Space*<br>Role: Principle Investigator<br>• Independent Scientist Award: Investigation of potential zero gravity based 3D printing methods for metals. |
| October 2014 | **LA Business & Technology Center SBIR/STTR Phase Zero: $2,000**<br>Role: Principle Investigator<br>• Funding from the state of Louisiana to submit a federal agency Small Business Innovation Grant for the company, Organic Nano, LLC. |
| August 2011 | **NASA-LA Space Consortium: $5,000**<br>*Nanotechnology for orthopedic bone cements*<br>Role: Principle Investigator<br>• Independent Scientist Award: Developed nanotechnology enhanced orthopedic products for potential effects of long-term zero gravity missions. |
| June 2011 | **LA Business & Technology Center SBIR/STTR Phase Zero: $2,500**<br>Role: Principle Investigator<br>• Funding from the state of Louisiana to submit a federal agency Small Business Innovation Grant for the company Nano Pulp and Paper, LLC. |
| August 2010 | **Board of Regents Fellowship: $100,000**<br>*MD PhD studies in biomedical engineering*<br>Role: Funded Researcher and Student<br>• The goal of this fellowship was to investigate novel biomaterials and drug delivery for applications in clinical medicine. |

## Editorial Boards:

| | |
|---|---|
| 2013-2016 | **Deputy Editor**<br>*American Medical Student Research Journal* |

## Ad Hoc Manuscript Reviewer:

Pathophysiology

Jeffery Weisman

JW00063961

Stanford University - Confidential

**Patents and Patent Applications:**

1. Hamidian, J.A., Ballard, D.H., **Weisman, J.A.**, D'Agostino, H.B. (2014, April 04). Medical stopcock valve. United States Patent Office Utility Patent Application Number US20160339228A1

2. **Weisman, J.A.**, Nicholson, J.C., Wilson, C.G., Mills, D.K. (2014, August 10). Methods and devices for 3D printing or additive manufacturing of bioactive medical devices. United States Patent Office Utility Patent Application US20160038655A1

3. **Weisman, J.A.**, Nicholson, J.C. (2014, August 27). Methods and devices for 3D printing or additive manufacturing of bioactive medical devices and shielding. United States Patent Office Provisional Patent Application 62042795

4. **Weisman, J.A.**, Kaskas, N.M., Hyde, D., Ballard, D.H., Russin, H. (2014, September 14). Digital wound scanner for teledermatology. United States Patent Office Provisional Patent Application 62042795

5. Hamidian, J.A., Ballard, D.H., **Weisman, J.A.**, D'Agostino, H.B. (2014, September 30). Thoracic catheter device with videoendoscopy ports. United States Patent Office Utility Patent Application PCT/US2015/057937

6. **Weisman, J.A.**, Willett, A.B. (2015, February 18). Methods and devices for additive manufacturing or three-dimensional printing brachytherapy seeds or radiation emitting constructs for radiation oncology applications. United States Patent Office Provisional Patent Application 62117949

**Peer Reviewed Book Chapters and Scientific Monographs**

1. Mills DK, Tappa K, Jammalamadaka U, Mills PA, Alexander JS, **Weisman JA**. (2018). Medical Applications for 3D Printing. In Yoseph Bar-Cohen (Ed.), Advances in Manufacturing and Processing of Materials and Structures ( pp. 163-186). New York: CRC Press.

2. **Weisman, J.A.** (2014). Nanotechnology and additive manufacturing platforms for clinical medicine: an investigation of 3D printing bioactive constructs and halloysite nanotubes for drug delivery and biomaterials [Monograph]. Dissertation Doctor of Philosophy Biomedical Engineering, 1 (1)(1-287).

Jeffery Weisman

JW00063962

Stanford University - Confidential

**Peer Reviewed Journal Articles/Abstracts:**

1. Vandenberg, H., **Weisman, J.A.**, Mills, D. Doped halloysite sutures for clinical medicine. The Federation of American Societies for Experimental Biology (FASEB) Journal. 2012, Mar; 26(1): 1b40.

2. Israel, M., **Weisman, J.**, Khaled, K., Mills, D. Nanotechnology for toxicology: preliminary results of in vitro adsorption studies comparing halloysite nanotubes to activated charcoal. Journal of the American Pharmacists Association. 2014, Mar; 54(2): e76-e219.

3. Ballard, D.H., Fage, J.R., **Weisman, J.A.**, Kaskas, N.M., Vea, R., D'Agostino, H.B. Three-stage management of traumatic enteral fistula abscesses: "drain, cannulate, and downsize". Journal of Vascular and Interventional Radiology. 2014, Mar; 25(3): S125.

4. Kaskas, N.M., Vandenberg, H., **Weisman, J.A.**, Mills, D. Novel electrospun halloysite nanotube sustained-release antibiotic sutures prevent dermatologic surgery site infection in rat model. Journal of Investigative Dermatology. 2014, May; 134(S1): S110-S110.

5. **Weisman, J.A.**, Nicholson, J.C., Tappa, K., Jammalamadaka, U., Wilson, C.G., Mills, D. Antibiotic and chemotherapeutic enhanced three-dimensional printer filaments and constructs for biomedical applications. International Journal of Nanomedicine. 2015, Jan; 2015(10): 357-370. Cited in PubMed; PMID: 25624758.

6. Itri, J.N., Ballard, D.H., Kantartzis, S., Sullivan, J.C., **Weisman, J.A.**, Durand, D.J. Ali, S. Kansagra, A.P. Entrepreneurship in the academic radiology environment. Academic Radiology. 2015, Jan; 22(1): 14-24. Cited in PubMed; PMID: 25442799.

7. **Weisman, J.A.**, Jammalmadaka, U., Tappa, K. Nicholson, J.C., Ballard, D.H., Wilson, C.G., D'Agostino, H.B., Mills, D.K. 3D printing antibiotic and chemotherapeutic eluting catheters and constructs. Journal of Vascular and Interventional Radiology. 2015, Feb; 26(2): S12.

8. **Weisman, J.A.**, Kaskas, N.M., Green, A.H., Ballard, D.H., Ambrose, J.J., Sun, L., Mills, D.K. Three-dimensional printing of chemotherapeutic and antibiotic eluting fibers, seeds, and discs for localized drug delivery in cutaneous disease. Journal of Investigative Dermatology. 2015, May; 135(S1): S92-S92.

9. Willett, A.B., **Weisman, J.A.**, Nicholson, J.C., Vijayakumar, S. Customizable 3D printing for LDR prostatic seed shielding. Brachytherapy. 2015, May; 14(S1): S48-S49.

10. Ballard, D.H., Hamidian, J.A., **Weisman, J.A.**, Vea R., D'Agostino, H.B. Sequential inferior vena cava filter insertion and peripherally inserted central catheter placement through upper extremity veins.. Diagnostic and Interventional Imaging. 2015, Jun; 96(15): 202-208. Cited in PubMed; PMID: 26117624.

Jeffery Weisman

JW00063963

Stanford University - Confidential

11. Ballard, D.H., Alexander, J.S., **Weisman, J.A.**, Orchard, M.A., Williams, J.T., D'Agostino, H.B. Number and location of drainage catheter side holes: in vitro evaluation. Clinical Radiology. 2015, Sep; 70(9): 974-980. Cited in PubMed; PMID: 26084555.

12. Nicholson, J.C., **Weisman, J.A.**, Boyer, C.J., Wilson, C.G., Mills, D.K. Dry Sintered Metal Coating of Halloysite Nanotubes. Applied Sciences. 2016, Sep; 6(9): 265.

13. Ballard, D.H., **Weisman, J.A.**, Jammalamadaka, U., Tappa, K., Alexander, J.S., Griffen, F.D. Three-dimensional printing of bioactive hernia meshes: In vitro proof of principle. Surgery. 2016, Oct; 160(4): S0039-6060. Cited in PubMed; PMID: 27726915.

14. Kaskas, N.M., Ballard, D.H., **Weisman, J.A.**, Vanchiere, J.A. Medical Student Journals: Teaching The Peer-Review Process and Promoting Academic Mentorship. Journal of the Louisiana State Medical Society. 2016, Oct; 168(5): 166. Cited in PubMed; PMID: 27797347.

15. Jammalamadaka U, Tappa K, **Weisman JA**, Nicholson JC, Mills DK. Effect of barium-coated halloysite nanotube addition on the cytocompatibility, mechanical and contrast properties of poly(methyl methacrylate) cement. Nanotechnol Sci Appl. 2017, Jun; 10(10): 105-114. Cited in PubMed; PMID: 28652713.

16. Tappa K, Jammalamadaka U, Ballard DH, Bruno T, Israel MR, Vemula H, Meacham JM, Mills DK, Woodard PK, **Weisman JA**. Medication eluting devices for the field of OBGYN (MEDOBGYN): 3D printed biodegradable hormone eluting constructs, a proof of concept study. PLoS One. 2017, Aug; 12(8): e0182929. Cited in PubMed; PMID: 28797120.

17. D Mills, K Tappa, U Jammalamadaka, **J Weisman**, J Woerner. The Use of 3D Printing in the Fabrication of Nasal Stents. Inventions. 2017, Nov; 3(1): 1-10.

18. **Weisman JA**, Jammalamadaka U, Tappa K, Mills DK. Doped Halloysite Nanotubes for Use in the 3D Printing of Medical Devices. Bioengineering (Basel). 2017, Dec; 4(96): 1-16. Cited in PubMed; PMID: 29244755.

19. **Weisman JA**, Ballard DH, Jammalamadaka U, Tappa K, Sumerel J, D'Agostino HB, Mills DK, Woodard PK. 3D Printed Antibiotic and Chemotherapeutic Eluting Catheters for Potential Use in Interventional Radiology: In Vitro Proof of Concept Study. Acad Radiol. 2018, May; 18(30): S1063-76. Cited in PubMed; PMID: 29801697.

20. Boyer CJ, Ballard DH, Yun JW, Xiao AY, **Weisman JA**, Barzegar M, Alexander JS. Three-Dimensional Printing of Cell Exclusion Spacers (CES) for Use in Motility Assays. Pharm Res. 2018, Jun; 35(8): 155. Cited in PubMed; PMID: 29869098.

21. DK Mills, U Jammalamadaka, K Tappa, **J Weisman**. Studies on the cytocompatibility, mechanical and antimicrobial properties of 3D printed poly (methyl methacrylate) beads. Bioactive materials. 2018, Jun; 3(2): 157-166.

Jeffery Weisman

JW00063964

Stanford University - Confidential

22.  Boyer CJ, Woerner JE, Galea C, Gatlin CA, Ghali GE, Mills DK, **Weisman JA**, McGee DJ, Alexander JS. Personalized Bioactive Nasal Supports for Postoperative Cleft Rhinoplasty. J Oral Maxillofac Surg. 2018, Jul; 76(7): 1562.e1-1562.e5. PMID: 29679585.

## **Select Poster Presentations:**

### **National:**

1.  Vandenberg, H., **Weisman, J.A.**, Mills, D.K. (April, 2012). Doped halloysite sutures for clinical medicine. Poster presented at: Experimental Biology Annual Meeting; San Diego, CA, USA.

2.  **Weisman, J.A.**, Ballard, D.H., Orchard, M.A., Williams, J.T., Alexander, J.S., D'Agostino, H.B. (November, 2013). Searching for the ideal drainage catheter: Preliminary results of in vitro flow studies. Poster presented at: American Medical Association Annual Meeting Research Symposium; National Harbor, MD, USA.

3.  Israel, M.R., **Weisman, J.A.**, Vandenberg, H., Ballard, D.H., Mills, D.K. (December, 2013). Nanotechnology for toxicology: preliminary results of in vitro adsorption studies comparing halloysite nanotubes to activated charcoal. Poster presented at: American Society of Health-System Pharmacists Midyear Meeting; Orlando, FL, USA.

4.  Israel, M.R., **Weisman, J.A.**, Khaled, K., Mills, D.K. (March, 2014). Nanotechnology for toxicology: preliminary results of in vitro adsorption studies of boric acid comparing halloysite nanotubes to activated charcoal. Poster presented at: American Pharmacists Association Annual Meeting; Orlando, FL, USA.

5.  Kaskas, N.M., Vandenberg, H., **Weisman, J.A.**, Mills, D.K. (May, 2014). Novel electrospun halloysite nanotube sustained-release antibiotic sutures prevent dermatologic surgery site infection in rat model. Poster presented at: Annual Meeting of the Society for Investigative Dermatology; Albuquerque, NM, USA.

6.  **Weisman, J.A.**, Nicholson, J.C., Tappa, K., Jammalmadaka, U., Ballard, D.H., Mills, D.K. (November, 2014). 3D-printer filaments enhanced with antibiotics and chemotherapeutics for on-demand infection prophylaxis and disease prevention by printing bioactive catheters, beads and constructs. Poster presented at: American Medical Association Annual Meeting Research Symposium; Dallas, TX, USA.

7.  Israel, M.R., **Weisman, J.A.**, Tappa, K., Jammalamadaka, U., Mills, D.K. (December, 2014). 3D printing bioresorbable antibiotic beads: the new wave of personalized medicine. Poster presented at: American Society of Health-System Pharmacists Midyear Meeting; Anaheim, CA, USA.

Jeffery Weisman

JW00063965

Stanford University - Confidential

8.  **Weisman, J.A.**, Kaskas, N.M., Green, A.H., Ballard, D.H., Ambrose. J.J., Sun, L., Mills, D.K. (May, 2015). Three-dimensional printing of chemotherapeutic and antibiotic eluting fibers, seeds, and discs for localized drug delivery in cutaneous disease. Poster presented at: Annual Meeting of the Society for Investigative Dermatology; Atlanta, GA, USA.

9.  Johnson, J.N., Green, A.H., Knott, Z.A., **Weisman, J.A.** (September, 2015). Repairing calcaneal fractures with 3D printed replacements modeled from mirror images of the contralateral bones. Poster presented at: American Physician Scientist Association Southeastern Medical Scientist Symposium; Nashville, TN, USA.

10.  **Weisman, J.A.**, Nicholson, J.C., Wilson, C.G., Mills, D.K. (September, 2015). Novel method for the 3D printing of biomedical devices. Poster presented at: Tissue Engineering International & Regenerative Medicine (TERMIS) World Congress; Boston, MA, USA.

11.  Willett, A.B., **Weisman, J.A.**, Rosen, L.R. (October, 2015). Three-dimensional printing of chemotherapeutic agents on radiosensitizers on to brachytherapy seeds. Poster presented at: American Society for Radiation Oncology (ASTRO) Annual Meeting; San Antonio, TX, USA.

12.  Johnson, J.N., Green, A.H., Knott, Z.A., **Weisman, J.A.** (November, 2015). Repairing calcaneal fractures with 3D printed replacements modeled from mirror images of the contralateral bone. Poster presented at: American Medical Association Annual Meeting Research Symposium; Atlanta, GA, USA.


## Select Oral Presentations:

1.  **Weisman, J.A.**, Jammalamadaka, U., Tappa, K., Mills, D.K. (January, 2014). 3D custom printed medical implants that deliver antibiotics and chemotherapeutics. Oral Presentation presented at: MedTechWorld BIOMEDevice; San Jose, CA, USA.

2.  **Weisman, J.A.** (2014). 3D printing for personalized medicine. Oral Presentation presented at: Next-Gen 3D Printing Materials Webinar Sponsored by R&D Magazine/Stratasys; Rockaway, NJ, USA.

3.  **Weisman, J.A.**, Tappa, K., Jammalamadaka, U., Mills, D.K. (2014). 3D printing of medical implant devices. Oral Presentation presented at: Lousiana State Medical Society Fall Symposium Key Note; Shreveport, LA, USA.

4.  **Weisman, J.A.**, Jammalamadaka, U., Tappa, K., Nicholson, J.C., Ballard, D.H., Wilson, C.G., D'Agostino, H.B., Mills, D.K. (January, 2015). 3D printing antibiotic and chemotherapeutic eluting catheters and constructs. Oral Presentation presented at: Society of Interventional Radiology (SIR) Annual Meeting; Atlanta, GA, USA.

Jeffery Weisman

10 of 12

JW00063966

Stanford University - Confidential

5. **Weisman, J.A.**, Karnik, S., Tappa, K., Jammalamadaka, U., Mills, D.K. (2015). Developing biocompatible nanotechnologies via 3D printing. Oral Presentation presented at: MedTechWorld MD&M East; New York City, NY, USA.

6. Willett, A.B., **Weisman, J.A.**, Nicholson, J.C., Vijayakumar, S. (2015). Customizable 3D printing for LDR prostatic seed shielding. Oral Presentation presented at: American Brachytherapy Society Annual Meeting; Orlando, FL, USA.

7. **Weisman, J.A.** (2015). Patient specific medicine: biodegradable and drug eluting 3D printed implants. Oral Presentation presented at: Industry Day Symposium LSU Health Center for Cardiovascular Disease and Science/Louisiana Tech University; Shreveport, LA, USA.

8. **Weisman, J.A.** (August, 2015). 3-D printing. Oral Presentation presented at: Citizens Science Academy; Shreveport, LA, USA.

9. **Weisman, J.A.**, Ballard, D.H., Tappa, K. Jammalamadaka, U., D'Agostino, H.B. (January, 2016). Patient specific medicine: biodegradable and drug eluting 3D printed implants. Oral Presentation presented at: Sanctuary of Endovascular Therapy (S.E.T); Kiawah Island, SC, USA.

10. **Weisman, J.A.**, Ballard, D.H., D'Agostino, H.B. (February, 2016). A new era in healthcare: 3D printing allows tailor-made materials for personalized medicine; limitless potential to be explored. Oral Presentation presented at: 3D Printing: Fabricating Materials into Traditional & Complex Objects Annual Conference; Miami, FL, USA.


## Select Non Peer Reviewed Online Publications and News Articles:


Beck, M. (2014, September 19). 3-D Printed Bioplastic Beads Simplify Medical Implants. http://compositesmanufacturingmagazine.com/2014/09/3-d-printed-bioplastic-beads-simplify-medical-implants/

Buntz, B. (2015, May 12). Desktop 3-D Printer Takes on Infections and Cancer. http://www.qmed.com/mpmn/medtechpulse/desktop-3-d-printer-takes-infections-and-cancer

Goehrke, S.A. (2015, June 15). Bioactive 3D Printing for Effective 3D Printed Drug Therapy, LSU Researchers Awarded $40K for New Medical Center. https://3dprint.com/73392/bioactive-3d-printing-center/

Guerin, D. (2014, August 21). 3-D printers used to create custom medical implants that deliver drugs, chemo. https://www.sciencedaily.com/releases/2014/08/140821090659.htm

Sparrow, N. (2014, September 15). New 3D-printing technology fabricates resorbable beads for smart implants. https://www.plasticstoday.com/content/new-3d-printing-technology-fabricates-resorbable-beads-smart-implants/2433 7906521131

Jeffery Weisman

JW00063967

Stanford University - Confidential

Weisman, J.A. (2014, August 21). 3D-printed implants infused with medicine to enable more effective drug delivery. http://www.physnews.com/bio-medicine-news/cluster994806630/

Weisman, J.A., Jammalamadaka, U., Tappa, K., Mills, D.K. (2015, June 13). First-of-its-kind medical technology being built in Shreveport. http://www.ktbs.com/story/29314078/first-of-its-kind-medical-technology-being-built-in-shreveport

Weisman, J.A., Tappa, K., Jammalamadaka, U., Mills, D.K. (2014, August 26). LSU Health student creates 3D medical implants. http://www.ktbs.com/story/26375358/lsu-health-student-creates-3d-medical-implants

## University Technology Development Activities:

2012-2013      **Corporate Legal Advisor**
*HelpFlix, Louisiana Tech University*
Technology incubator funded animation and 3D video production firm specializing in animated instruction videos that assist in the assembly, installation, maintenance and repair of complex medical or industrial equipment
- Provided corporate counsel and initial start-up advising.

2010-2016      **Patent Counsel**
*OrganicNano, Louisiana Tech University*
Faculty developed nanotechnology and nanotube drug delivery start-up
- Licensed technology from the university, filed for patents and SBIR/STTR grants, drafted corporate documents

2008-2009      **Patent Counsel**
*Arphion, Inc., University of Illinois at Chicago*
Professor founded oral pathology and oncology research start-up
- Licensed technology from the university, filed for patents

2008-2009      **Patent Counsel**
*Histocon Corporation, University of Illinois at Chicago*
Professor founded cell senescence research start-up
- Licensed technology from the university, filed for patents and SBIR/STTR grants, drafted corporate documents

Jeffery Weisman

JW00063968