**From:**          Rheinheimer, Stephanie
**Sent:**          Tuesday, February 12, 2019 3:16 PM
**To:**            Gibson, Lauren
**Subject:**       FW: Weisman Program Documents
**Attachments:**   SurveyGenericSat J Weisman 2.pdf; ResidentEvaluation.MidYear20172018. J
                   Weisman.pdf; ResidentEvaluation.YearEnd20172018. J Weisman.pdf;
                   ResidentEvaluation.MidYear20162017. J Weisman.pdf;
                   ResidentEvaluation.YearEnd20162017. J Weisman.pdf

-----Original Message-----
From: Rheinheimer, Stephanie
Sent: Tuesday, November 06, 2018 10:54 AM
To: Thompson, Douglas <drthompson@wustl.edu>; spati1@lsuhsc.edu
Cc: bstric@lsuhsc.edu
Subject: Weisman Program Documents

Hello --

I have attached the documents for Jeff Weisman.  Please let me know if you need anything else.

Thank you,
Stephanie


Stephanie Rheinheimer
Residency Program Coordinator
Washington University School of Medicine Department of Anesthesiology
Ph: (314)362-0227
srheinheimer@wustl.edu


-----Original Message-----
From: Jeffery Weisman <jeffery.weisman@gmail.com>
Sent: Wednesday, October 31, 2018 3:00 PM
To: Rheinheimer, Stephanie <srheinheimer@wustl.edu>; Thompson, Douglas <drthompson@wustl.edu>;
spati1@lsuhsc.edu
Subject: Weisman Program Documents

Dr. Thompson and Stephanie,

I CC'd Dr. Patil on this email.  I give permission for you to send her my program documents. Please call me 847.727.8675
or Dr. Patil at +1 (318) 828-6151 if there are any questions.

Thank you.

Best,

EX. L-3   WU2959

Jeff Weisman

Sent from my iPhone

WU2960

# Resident Milestone Evaluation: Mid-Year 2016-2017



Program:   **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:   **Jeffery Weisman**                    Date Evaluation Completed:  **January 12, 2017  (Mid-Year)**          Resident Year in Program:  **1**

**Patient Care**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Patient Care 1: Pre-anesthetic Patient Evaluation, Assessment, and Preparation | ● | | | | | | | | | |
| b). Patient Care 2: Anesthetic Plan and Conduct | ● | | | | | | | | | |
| c). Patient Care 3: Peri-procedural pain management | ● | | | | | | | | | |
| d). Patient Care 4: Management of perianesthetic complications | ● | | | | | | | | | |
| e). Patient Care 5: Crisis Management | | ● | | | | | | | | |
| f). Patient Care 6: Triage and management of the critically-ill patient in a nonoperative setting | | ● | | | | | | | | |
| g). Patient Care 7: Acute, chronic, and cancer-related pain consultation and management | ● | | | | | | | | | |
| h). Patient Care 8: Technical skills: Airway management | ● | | | | | | | | | |
| i). Patient Care 9: Technical skills: Use and Interpretation of Monitoring and Equipment | ● | | | | | | | | | |
| j). Patient Care 10: Technical skills: Regional anesthesia | ● | | | | | | | | | |

**Medical Knowledge**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Medical Knowledge 1: Knowledge of biomedical, clinical, epidemiological, and social-behavioral sciences as outlined in the American Board of Anesthesiology Content Outline | | ● | | | | | | | | |

**Systems-Based Practice**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Systems-Based Practice 1: Coordination of patient care within the health care system | | ● | | | | | | | | |
| b). Systems-Based Practice 2: Patient Safety and Quality Improvement | | ● | | | | | | | | |

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

**WU2961**

# Resident Milestone Evaluation: Mid-Year 2016-2017



Program:   **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:   **Jeffery Weisman**                  Date Evaluation Completed:  **January 12, 2017  (Mid-Year)**          Resident Year in Program:  **1**

**Practice-Based Learning and Improvement**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Practice-Based Learning and Improvement 1: Incorporation of quality improvement and patient safety initiatives into personal practice | ● | | | | | | | | | |
| b). Practice-Based Learning and Improvement 2: Analysis of practice to identify areas in need of improvement | | ● | | | | | | | | |
| c). Practice-Based Learning and Improvement 3: Self-directed learning | ● | | | | | | | | | |
| d). Practice-Based Learning and Improvement 4: Education of patient, families, students, residents, and other health professionals | | ● | | | | | | | | |

**Professionalism**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Professionalism 1: Responsibility to patients, families, and society | | ● | | | | | | | | |
| b). Professionalism 2: Honesty, integrity, and ethical behavior | | ● | | | | | | | | |
| c). Professionalism 3: Commitment to institution, department, and colleagues | ● | | | | | | | | | |
| d). Professionalism 4: Receiving and giving feedback | | ● | | | | | | | | |
| e). Professionalism 5: Responsibility to maintain personal emotional, physical, and mental health | ● | | | | | | | | | |

**Interpersonal and Communication Skills**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Interpersonal Communication Skills 1: Communication with patients and families | | ● | | | | | | | | |
| b). Interpersonal Communication Skills 2: Communication with other professionals | | ● | | | | | | | | |
| c). Interpersonal Communication Skills 3: Team and leadership skills | | ● | | | | | | | | |

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

# Resident Milestone Summary: Mid-Year 2017-2018

**ACGME**

Program:   **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:   **Jeffery Weisman**                     Date Evaluation Completed:  **January 12, 2018  (Mid-Year)**          Resident Year in Program:  **2**

**Patient Care**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Patient Care 1: Pre-anesthetic Patient Evaluation, Assessment, and Preparation | | | | ● | | | | | | |
| b). Patient Care 2: Anesthetic Plan and Conduct | | ● | | | | | | | | |
| c). Patient Care 3: Peri-procedural pain management | ● | | | | | | | | | |
| d). Patient Care 4: Management of perianesthetic complications | | ● | | | | | | | | |
| e). Patient Care 5: Crisis Management | | ● | | | | | | | | |
| f). Patient Care 6: Triage and management of the critically-ill patient in a nonoperative setting | ● | | | | | | | | | |
| g). Patient Care 7: Acute, chronic, and cancer-related pain consultation and management | ● | | | | | | | | | |
| h). Patient Care 8: Technical skills: Airway management | | | | ● | | | | | | |
| i). Patient Care 9: Technical skills: Use and Interpretation of Monitoring and Equipment | | ● | | | | | | | | |
| j). Patient Care 10: Technical skills: Regional anesthesia | ● | | | | | | | | | |

**Medical Knowledge**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Medical Knowledge 1: Knowledge of biomedical, clinical, epidemiological, and social-behavioral sciences as outlined in the American Board of Anesthesiology Content Outline | | | | ● | | | | | | |

**Systems-Based Practice**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Systems-Based Practice 1: Coordination of patient care within the health care system | ● | | | | | | | | | |
| b). Systems-Based Practice 2: Patient Safety and Quality Improvement | | ● | | | | | | | | |

## Resident Milestone Summary: Mid-Year 2017-2018



Program:  **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:  **Jeffery Weisman**                    Date Evaluation Completed:  **January 12, 2018  (Mid-Year)**        Resident Year in Program:  **2**

**Practice-Based Learning and Improvement**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Practice-Based Learning and Improvement 1: Incorporation of quality improvement and patient safety initiatives into personal practice | | ● | | | | | | | | |
| b). Practice-Based Learning and Improvement 2: Analysis of practice to identify areas in need of improvement | | | | ● | | | | | | |
| c). Practice-Based Learning and Improvement 3: Self-directed learning | ● | | | | | | | | | |
| d). Practice-Based Learning and Improvement 4: Education of patient, families, students, residents, and other health professionals | | ● | | | | | | | | |

**Professionalism**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Professionalism 1: Responsibility to patients, families, and society | | ● | | | | | | | | |
| b). Professionalism 2: Honesty, integrity, and ethical behavior | | | | ● | | | | | | |
| c). Professionalism 3: Commitment to institution, department, and colleagues | | ● | | | | | | | | |
| d). Professionalism 4: Receiving and giving feedback | | | | ● | | | | | | |
| e). Professionalism 5: Responsibility to maintain personal emotional, physical, and mental health | | | | ● | | | | | | |

**Interpersonal and Communication Skills**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Interpersonal Communication Skills 1: Communication with patients and families | | ● | | | | | | | | |
| b). Interpersonal Communication Skills 2: Communication with other professionals | | ● | | | | | | | | |
| c). Interpersonal Communication Skills 3: Team and leadership skills | | ● | | | | | | | | |

© 2018 Accreditation Council for Graduate Medical Education (ACGME)                    **WU2964** Page: 2 of 2

## Resident Milestone Summary: Year-End 2016-2017

Program:  **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:  **Jeffery Weisman**                Date Evaluation Completed:  **June 22, 2017  (Year-End)**        Resident Year in Program:  **1**

**Patient Care**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Patient Care 1: Pre-anesthetic Patient Evaluation, Assessment, and Preparation | | ● | | | | | | | | |
| b). Patient Care 2: Anesthetic Plan and Conduct | ● | | | | | | | | | |
| c). Patient Care 3: Peri-procedural pain management | ● | | | | | | | | | |
| d). Patient Care 4: Management of perianesthetic complications | ● | | | | | | | | | |
| e). Patient Care 5: Crisis Management | | ● | | | | | | | | |
| f). Patient Care 6: Triage and management of the critically-ill patient in a nonoperative setting | | ● | | | | | | | | |
| g). Patient Care 7: Acute, chronic, and cancer-related pain consultation and management | ● | | | | | | | | | |
| h). Patient Care 8: Technical skills: Airway management | ● | | | | | | | | | |
| i). Patient Care 9: Technical skills: Use and Interpretation of Monitoring and Equipment | ● | | | | | | | | | |
| j). Patient Care 10: Technical skills: Regional anesthesia | ● | | | | | | | | | |

**Medical Knowledge**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Medical Knowledge 1: Knowledge of biomedical, clinical, epidemiological, and social-behavioral sciences as outlined in the American Board of Anesthesiology Content Outline | | ● | | | | | | | | |

**Systems-Based Practice**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Systems-Based Practice 1: Coordination of patient care within the health care system | | ● | | | | | | | | |
| b). Systems-Based Practice 2: Patient Safety and Quality Improvement | | ● | | | | | | | | |

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

# Resident Milestone Summary: Year-End 2016-2017

**Program:**  **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

**Resident:**  **Jeffery Weisman**                Date Evaluation Completed:  **June 22, 2017  (Year-End)**        Resident Year in Program: **1**

### Practice-Based Learning and Improvement

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Practice-Based Learning and Improvement 1: Incorporation of quality improvement and patient safety initiatives into personal practice | ● | | | | | | | | | |
| b). Practice-Based Learning and Improvement 2: Analysis of practice to identify areas in need of improvement | | ● | | | | | | | | |
| c). Practice-Based Learning and Improvement 3: Self-directed learning | | ● | | | | | | | | |
| d). Practice-Based Learning and Improvement 4: Education of patient, families, students, residents, and other health professionals | | | | ● | | | | | | |

### Professionalism

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Professionalism 1: Responsibility to patients, families, and society | | ● | | | | | | | | |
| b). Professionalism 2: Honesty, integrity, and ethical behavior | | | | ● | | | | | | |
| c). Professionalism 3: Commitment to institution, department, and colleagues | ● | | | | | | | | | |
| d). Professionalism 4: Receiving and giving feedback | | ● | | | | | | | | |
| e). Professionalism 5: Responsibility to maintain personal emotional, physical, and mental health | ● | | | | | | | | | |

### Interpersonal and Communication Skills

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|---|
| a). Interpersonal Communication Skills 1: Communication with patients and families | | ● | | | | | | | | |
| b). Interpersonal Communication Skills 2: Communication with other professionals | | ● | | | | | | | | |
| c). Interpersonal Communication Skills 3: Team and leadership skills | | | | ● | | | | | | |

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

# Resident Milestone Summary: Year-End 2017-2018

Program:   **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:   **Jeffery Weisman**                    Date Evaluation Completed:  **June 21, 2018  (Year-End)**          Resident Year in Program:  **2**

**Patient Care**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|
| a). Patient Care 1: Pre-anesthetic Patient Evaluation, Assessment, and Preparation | | | | ● | | | | | |
| b). Patient Care 2: Anesthetic Plan and Conduct | | | | ● | | | | | |
| c). Patient Care 3: Peri-procedural pain management | ● | | | | | | | | |
| d). Patient Care 4: Management of perianesthetic complications | | | | ● | | | | | |
| e). Patient Care 5: Crisis Management | | | | ● | | | | | |
| f). Patient Care 6: Triage and management of the critically-ill patient in a nonoperative setting | | | | ● | | | | | |
| g). Patient Care 7: Acute, chronic, and cancer-related pain consultation and management | ● | | | | | | | | |
| h). Patient Care 8: Technical skills: Airway management | | | | ● | | | | | |
| i). Patient Care 9: Technical skills: Use and Interpretation of Monitoring and Equipment | | | | ● | | | | | |
| j). Patient Care 10: Technical skills: Regional anesthesia | ● | | | | | | | | |

**Medical Knowledge**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|
| a). Medical Knowledge 1: Knowledge of biomedical, clinical, epidemiological, and social-behavioral sciences as outlined in the American Board of Anesthesiology Content Outline | | | | | | ● | | | |

**Systems-Based Practice**

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | Level 4 | | Level 5 |
|---|---|---|---|---|---|---|---|---|---|
| a). Systems-Based Practice 1: Coordination of patient care within the health care system | | ● | | | | | | | |
| b). Systems-Based Practice 2: Patient Safety and Quality Improvement | | | | ● | | | | | |

© 2018 Accreditation Council for Graduate Medical Education (ACGME)                                                    **WU2967** Page: 1 of 2

# Resident Milestone Summary: Year-End 2017-2018



Program:   **Washington University/B-JH/SLCH Consortium Program   0402811081 - Anesthesiology**

Resident:   **Jeffery Weisman**       Date Evaluation Completed:  **June 21, 2018  (Year-End)**       Resident Year in Program:  **2**

## Practice-Based Learning and Improvement

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Practice-Based Learning and Improvement 1: Incorporation of quality improvement and patient safety initiatives into personal practice | ● | | | | | | | | | |
| b). Practice-Based Learning and Improvement 2: Analysis of practice to identify areas in need of improvement | | | | ● | | | | | | |
| c). Practice-Based Learning and Improvement 3: Self-directed learning | ● | | | | | | | | | |
| d). Practice-Based Learning and Improvement 4: Education of patient, families, students, residents, and other health professionals | | | | ● | | | | | | |

## Professionalism

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Professionalism 1: Responsibility to patients, families, and society | | | | ● | | | | | | |
| b). Professionalism 2: Honesty, integrity, and ethical behavior | | | | ● | | | | | | |
| c). Professionalism 3: Commitment to institution, department, and colleagues | | | | ● | | | | | | |
| d). Professionalism 4: Receiving and giving feedback | | | | ● | | | | | | |
| e). Professionalism 5: Responsibility to maintain personal emotional, physical, and mental health | | | | ● | | | | | | |

## Interpersonal and Communication Skills

| | Level 1 Not Yet Achieved | Level 1 | | Level 2 | | Level 3 | | Level 4 | | Level 5 |
|---|:---:|:---:|---|:---:|---|:---:|---|:---:|---|:---:|
| a). Interpersonal Communication Skills 1: Communication with patients and families | | | | ● | | | | | | |
| b). Interpersonal Communication Skills 2: Communication with other professionals | | | | ● | | | | | | |
| c). Interpersonal Communication Skills 3: Team and leadership skills | | | | ● | | | | | | |

© 2018 Accreditation Council for Graduate Medical Education (ACGME)

## THE AMERICAN BOARD OF ANESTHESIOLOGY, INC

Phone: 866.999.7501   Fax: 866.999.7503   Web Site: www.theABA.org

| | |
|---|---|
| Resident Name: | Jeffery Weisman, M.D., Ph.D. |
| Resident ABAID#: | 3593-3731 |
| Training Period: | 2018A          01/01/2018 - 06/30/2018 |
| Resident Program: | Washington University/B-JH/SLCH Consortium Program:Primary - 13nnn3 |

### Rotations

| Training Type | Rotation Type | Begin Date | End Date | Months Trained |
|---|---|---|---|---|
| Clinical Anesthesia | Anesthesiology | 01/01/2018 | 03/31/2018 | 3 |
| Research | | 04/01/2018 | 06/30/2018 | 3 |

### Approvals

Approved by Program Director: **07/16/2018**

Approved by Clinical Competence Committee Chair: **07/19/2018**

### Training Details

| Program ID | Start Date | End Date | Trn Type | Result | Mths Trained | Mths Credit |
|---|---|---|---|---|---|---|
| 130003 | 06/21/2016 | 06/30/2016 | CB | | 0.33 | 0.33 |
| 130003 | 07/01/2016 | 12/31/2016 | CB | | 6.00 | 6.00 |
| 130003 | 01/01/2017 | 06/30/2017 | CB | | 6.00 | 5.66 |
| 130003 | 07/01/2017 | 12/31/2017 | CA | Sat | 6.00 | 6.00 |
| 130003 | 01/01/2018 | 06/30/2018 | CA,RES | Sat | 6.00 | 6.00 |

### Training Summary

| Training Type | Credited Months | Required Months | Remaining |
|---|---|---|---|
| Research | 3 | | |
| Clinical Anesthesia | 9 | 36 | 24 |
| Clinical Base | 12 | 12 | 0 |

---

## THE AMERICAN BOARD OF ANESTHESIOLOGY, INC

Phone: 866.999.7501   Fax: 866.999.7503   Web Site: www.theABA.org

| | |
|---|---|
| Resident Name: | Jeffery Weisman, M.D., Ph.D. |
| Resident ABAID#: | 3593-3731 |
| Training Period: | 2018A          01/01/2018 - 06/30/2018 |
| Resident Program: | Washington University/B-JH/SLCH Consortium Program:Primary - 13nnn3 |

## Survey - CCC Primary Anesthesia v5

Clinical competence in anesthesiology, as defined by the American Board of Anesthesiology (ABA), is the initial step toward Board certification in anesthesiology.

The Committee may adopt any form to facilitate the evaluation process; however, the ABA's online report form must be completed by selecting either of two grades:

**Satisfactory:** Consistently meets reasonable expectations
**Unsatisfactory:** Often falls short of reasonable expectations.

**Essential Attributes**   The grade for Overall Clinical Competence can be satisfactory only if the grade for every Essential Attribute is satisfactory. The grade for Overall Clinical Competence is not satisfactory if the CCC Report is incomplete.

**NOTE:** If Overall Clinical Competence is unsatisfactory, a description of the most serious deficiencies MUST be submitted with the report.

| | | |
|---|---|---|
| 1 | Demonstrates high standards of ethical and moral behavior. | **Satisfactory** |
| 2 | Demonstrates honesty, integrity, reliability, and responsibility. | **Satisfactory** |
| 3 | Learns from experience; knows limits. | **Satisfactory** |
| 4 | Reacts to stressful situations in an appropriate manner. | **Satisfactory** |

WU2969

# THE AMERICAN BOARD OF ANESTHESIOLOGY, INC

Phone: 866.999.7501   Fax: 866.999.7503   Web Site: www.theABA.org

**Resident Name:** Jeffery Weisman, M.D., Ph.D.

**Resident ABAID#:** **3593-3731**

**Training Period:** 2018A          01/01/2018 - 06/30/2018

**Resident Program:** Washington University/B-JH/SLCH Consortium Program:Primary - 1300003

| Essential Attributes | | |
|---|---|---|
| **5** | Has no documented abuse of alcohol or illegal use of drugs during this report period. | **Satisfactory** |
| **6** | Has no cognitive or physical impairment that precludes acquiring and processing information in an independent and timely manner without accommodation or with reasonable accommodation. | **Satisfactory** |
| **7** | Demonstrates respect for the dignity of patients and colleagues, and sensitivity to a diverse patient population. | **Satisfactory** |

| BASIC Exam Performance | | |
|---|---|---|
| **1** | BASIC Exam Performance | **Pass** |

The grade for Overall Clinical Competence is unsatisfactory if the resident fails the BASIC Examination two or more times.

**NOTE:** The grade for Overall Clinical Competence is unsatisfactory if the resident fails the BASIC Examination two or more times.

| OVERALL CLINICAL COMPETENCE | | |
|---|---|---|
| **1** | OVERALL CLINICAL COMPETENCE | **Satisfactory** |

**Explanation**

Explanation: The grade for Overall Clinical Competence can be satisfactory only if the grade for every Essential Attribute is satisfactory. The grade for Overall Clinical Competence is not satisfactory if the CCC Report is incomplete.

**NOTE:** If Overall Clinical Competence is unsatisfactory, a description of the most serious deficiencies MUST be submitted with the report.

**1** Details

3          8/9/2018 2:50:20 PM

WU2970

# THE AMERICAN BOARD OF ANESTHESIOLOGY, INC

Phone: 866.999.7501   Fax: 866.999.7503   Web Site: www.theABA.org

Resident Name:          Jeffery Weisman, M.D., Ph.D.

Resident ABAID#:        **3593-3731**

Training Period:        2017A          01/01/2017 **-** 06/30/2017

Resident Program:       Washington University/B-JH/SLCH Consortium Program:Primary - 130003

## Rotations

| Training Type | Rotation Type | Begin Date | End Date | Months Trained |
|---|---|---|---|---|
| Clinical Base | Internal Medicine | 01/01/2017 | 01/08/2017 | 0 |
| Clinical Base | Other | 01/09/2017 | 02/05/2017 | 1 |
| Clinical Base | Other | 02/06/2017 | 03/05/2017 | 1 |
| Clinical Base | Surgical Specialties | 03/06/2017 | 04/02/2017 | 1 |
| Clinical Base | Surgical Specialties | 04/03/2017 | 04/30/2017 | 1 |
| Clinical Base | Internal Medicine | 05/01/2017 | 05/28/2017 | 1 |
| Clinical Base | Critical Care Medicine | 05/29/2017 | 06/20/2017 | 1 |
| Clinical Base | Other | 06/21/2017 | 06/30/2017 | 0 |

## Approvals

Approved by Program Director: **07/13/2017**

Approved by Clinical Competence Committee Chair: **None**

## Training Details

| Program ID | Start Date | End Date | Trn Type | Result | Mths Trained | Mths Credit |
|---|---|---|---|---|---|---|
| 130003 | 06/21/2016 | 06/30/2016 | CB | | 0.33 | 0.33 |
| 130003 | 07/01/2016 | 12/31/2016 | CB | | 6.00 | 6.00 |
| 130003 | 01/01/2017 | 06/30/2017 | CB | | 6.00 | 5.66 |

## Training Summary

| Training Type | Credited Months | Required Months | Remaining |
|---|---|---|---|
| Clinical Base | 12 | 12 | 0 |

WU2971

# THE AMERICAN BOARD OF ANESTHESIOLOGY, INC

Phone: 866.999.7501   Fax: 866.999.7503   Web Site: www.theABA.org

Resident Name:        Jeffery Weisman, M.D., Ph.D.

Resident ABAID#:      **3593-3731**

Training Period:       2017A              01/01/2017 - 06/30/2017

Resident Program:     Washington University/B-JH/SLCH Consortium Program:Primary
                      - 130003

**WU2972**