# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF MISSOURI

 3                       EASTERN DIVISION

 4
    JEFFREY WEISMAN and STRATEGIC         )
 5  BIOMEDICAL, INC.,                     )
                                          )
 6                                        )
          PLAINTIFFS,                     ) CASE NO. 4:19-cv-00075-JAR
 7                                        )
       VS                                 )
 8                                        )
    BARNES-JEWISH HOSPITAL, BJC           )
 9  HEALTHCARE, WASHINGTON UNIVERSITY,    )
    DR. ALEX EVERS, DR. RICHARD           )
10  BENZINGER, and DR. THOMAS COX,        )
                                          )
11                                        )
          DEFENDANTS.                     )
12  _____         )

13

14

15                    ***CONFIDENTIAL***

16              VIDEOCONFERENCE DEPOSITION OF
                       ALAN KAYE, M.D.
17

18

19

20

21

22

23

24       (Taken December 23, 2022 at 10:02 A.M. CST)

25    REPORTED BY: Karisa J. Ekenseair, CCR RPR, LS NO. 802
```

 1   again, I had nothing to offer him other than support
 2   and saying that I thought things would work out,
 3   they usually do.
 4              But in this case, I didn't -- I had no
 5   idea that -- that one day there would be a lawsuit
 6   between Dr. Weisman and WashU.  And he asked if I
 7   would provide some of the expertise that I had as,
 8   you know, as a chairman of 21 years, as a program
 9   director dating back to the 1990s.  And I said I
10   would and here I am today.
11      **Q.   Okay.  Doctor, if you could just -- I**
12   **appreciate your giving that answer.  If you could**
13   **just answer the question that I asked and avoid**
14   **giving long narrative answers, I'd appreciate it.**
15              **So my -- my question was when were you**
16   **retained in this case.  And I believe your answer**
17   **started with earlier this year.  Now, earlier this**
18   **year, would that have been January or February, in**
19   **that time frame?**
20      A.   I don't recall the exact date, sir.
21      **Q.   And were you retained directly by Jeff**
22   **Weisman?**
23      A.   Well, I didn't ask for a retainer, so I
24   just said that I would, you know, be happy to -- to
25   testify at -- because I had a running knowledge of

```
 1            THE WITNESS:  As I said, what I was
 2       referring to is the -- that these were real
 3       documents.  As -- as to the contents of them,
 4       we'd have to go through each one.
 5  BY MR. SULLIVAN:
 6       Q.   Okay.
 7       A.   You know, I know there's a lot of debate
 8  back and forth as to, you know, the motivation and
 9  whether they were fair.  And I could give you some
10  examples whenever we discuss it further.
11       Q.   Yeah. Yeah.  We'll get into that.  So did
12  you also see e-mails and letters from either the
13  program or WashU faculty that were critical and
14  raised concerns about Dr. Weisman's performance?
15       A.   Yes, sir.  I did.
16       Q.   And you saw the evaluations that were,
17  likewise, critical and raised concerns about his
18  performance, right?
19       A.   Yes, sir.  I did.
20       Q.   And in reaching your opinions, did you
21  disregard anything that was critical of Dr. Weisman?
22       A.   No, sir.  I did not.
23       Q.   And but did you make a determination in
24  reaching your opinions that those items that were
25  critical or raised concerns about Dr. Weisman's
```

1  the United States through conversations with
2  different faculty members at meetings and through
3  direct conversations.  And I think that that's a
4  reasonable number that I've presented is 500 to
5  750,000.
6       Q.   How much was your salary at LSU New
7  Orleans that last year you were there?
8       A.   It was about $450,000, which was, I think,
9  the lowest salary of any chairman in the United
10 States.
11      Q.   You make a statement on page 5 going over
12 to page 6, that anesthesiologists in academic
13 setting receive comparable pay to anesthesiologists
14 in a hospital or more traditional medical setting.
15           What's the basis -- what are the bases
16 of -- what are the facts and data supporting the
17 basis of that opinion?
18      A.   I'm sorry, sir, you're -- you're moving
19 way too fast.  Can you point out what you're
20 referring to and I'll see if I can --
21      Q.   Yeah.  I'll -- how about I highlight it
22 for you, sir?
23      A.   Okay.
24      Q.   You see that on my screen 5, 6?
25      A.   Yes.

1    **Didn't you say 450?**
2         A.   That's right.
3         **Q.   All of your newbie residents who just**
4    **successfully completed the program, they all make**
5    **more than you?**
6         A.   That is correct.
7         **Q.   How much would a new instructor at the LSU**
8    **residency program, what would their annual salary**
9    **be?**
10        A.   In Shreveport?
11        **Q.   Yes.**
12        A.   Well, we have one who finished last year
13   and he communicated that he expects to make
14   approximately a million dollars this year.
15        **Q.   From the LSU program?**
16        A.   Yes.  But he takes a lot of call and works
17   weekends and nights.
18        **Q.   All right.  I'm sharing my screen with**
19   **you.  Do you see this spreadsheet?**
20        A.   No.
21        MR. MOORE:  No.
22        THE WITNESS:  I do not.
23        MR. MOORE:  We're still looking at Kevin's
24      screen.
25        MR. NOLAN:  Kevin, can you -- if you

```
 1     trustworthiness?
 2          A.   No.  I'm not, sir.
 3          Q.   You would agree with me that at least
 4     Microsoft Excel believes you are untrustworthy?
 5              MR. MOORE:  Oh, come on.  This is
 6          foundation; form; calls for speculation.
 7              THE WITNESS:  I -- I can't even
 8          answer -- is that a question?
 9     BY MR. NOLAN:
10          Q.   Okay.  So do you see here on the actual
11     spreadsheet itself, under Anesthesiology, it lists
12     the total compensation in thousands of dollars for
13     the 25th percentile at 289,000, correct?
14          A.   Yes.  I do see that, sir.
15          Q.   Okay.  That's 289,000 per year, fair?
16          A.   Yes.
17          Q.   Okay.  Now, that's the -- the person
18     that's sitting at the 25th percentile.  There's a
19     whole quarter of the population of anesthesiologists
20     that are making even less than that, correct?
21          A.   I think that that is fair, sir.
22          Q.   Okay.  Do you know how low that data goes?
23          A.   I do not, sir.
24          Q.   Okay.  Well, would you agree with me that
25     in terms of total anesthesiology individual --
```