# EXHIBIT D

**EXHIBIT 4**

## Table 11

**Summary Statistics on Medical School Faculty Compensation for All Schools**
**MD or Equivalent Degree, Clinical Science Departments/Specialties**
**Total Compensation in Thousands of Dollars, 2019 - 2020**

## Clinical Science

### CLINICAL SCIENCE - TOTAL ALL DEPARTMENTS/SPECIALTIES

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 5,279 | 43,938 | 20,226 | 16,509 | 3,014 | 1,672 |
| 25th:   | 149 | 209 | 237 | 271 | 304 | 469 |
| Median: | 214 | 267 | 309 | 353 | 395 | **620** |
| 75th:   | 294 | 360 | 420 | 469 | 520 | 821 |
| Mean:   | 231.1 | 302.4 | 354.5 | 403.1 | 461.2 | **695.6** |

### Anesthesiology

#### Total Anesthesiology

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 414 | 3,154 | 1,226 | 749 | 157 | 80 |
| 25th:   | 289 | 339 | 370 | 374 | 396 | 555 |
| Median: | 344 | 381 | 417 | 432 | 444 | 633 |
| 75th:   | 403 | 433 | 469 | 489 | 505 | 735 |
| Mean:   | 332.7 | 385.7 | 421.9 | 433.2 | 461.7 | 655.9 |

#### Anesthesiology: General

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 369 | 2,481 | 943 | 622 | 118 | 76 |
| 25th:   | 288 | 337 | 367 | 375 | 396 | 562 |
| Median: | 346 | 378 | 412 | 430 | 442 | 633 |
| 75th:   | 409 | 431 | 462 | 480 | 498 | 735 |
| Mean:   | 334.2 | 383.6 | 416.2 | 429.9 | 454 | 656.8 |

#### Anesthesiology: Pain Management

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 22 | 211 | 99 | 36 | 19 | 2 |
| 25th:   | 301 | 321 | 354 | 357 | 382 |  |
| Median: | 311 | 371 | 410 | 400 | 439 |  |
| 75th:   | 349 | 438 | 483 | 451 | 565 |  |
| Mean:   | 322.6 | 387.2 | 446.9 | 394.1 | 482.5 |  |

#### Anesthesiology: Pediatric

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 23 | 462 | 184 | 91 | 20 | 2 |
| 25th:   | 263 | 357 | 403 | 413 | 404 |  |
| Median: | 326 | 400 | 453 | 477 | 465 |  |
| 75th:   | 381 | 440 | 484 | 531 | 569 |  |
| Mean:   | 319.1 | 396 | 437.6 | 470.8 | 486.8 |  |

### Dermatology

#### Total Dermatology

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----:|-----:|-----:|-----:|-----:|-----:|
| Count:  | 62 | 486 | 235 | 216 | 14 | 65 |
| 25th:   | 233 | 256 | 300 | 304 | 387 | 481 |
| Median: | 301 | 312 | 370 | 403 | 408 | 584 |
| 75th:   | 362 | 410 | 510 | 532 | 543 | 726 |
| Mean:   | 286.2 | 353.2 | 433.4 | 491.5 | 601.9 | 594.5 |

#### Dermatology (excluding Mohs Surgery)

|  | Assistant | Associate |

|         | Instructor | Professor | Professor | Professor | Chief | Chair |
|---------|-----------|-----------|-----------|-----------|-------|-------|
| Count:  | 62        | 413       | 210       | 193       | 11    | 57    |
| 25th:   | 233       | 250       | 290       | 301       | 339   | 479   |
| Median: | 301       | 301       | 358       | 386       | 391   | 580   |
| 75th:   | 362       | 375       | 460       | 486       | 423   | 722   |
| Mean:   | 286.2     | 330.8     | 395.4     | 448.6     | 445.6 | 576.8 |

**Dermatology: Mohs Surgery**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 0         | 73                 | 25                 | 23        | 3     | 8     |
| 25th:   |           | 329                | 589                | 439       |       | 555   |
| Median: |           | 460                | 704                | 674       |       | 646   |
| 75th:   |           | 570                | 875                | 1,088     |       | 856   |
| Mean:   |           | 480                | 752.1              | 852.1     |       | 720.4 |

## Family Medicine

**Total Family Medicine**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 195       | 1,772              | 647                | 349       | 32    | 100   |
| 25th:   | 196       | 192                | 204                | 220       | 218   | 301   |
| Median: | 215       | 214                | 227                | 248       | 240   | 356   |
| 75th:   | 254       | 244                | 255                | 285       | 275   | 408   |
| Mean:   | 223.6     | 225.7              | 233.4              | 255.5     | 250.8 | 356.7 |

**Family Medicine: General**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 188       | 1,617              | 595                | 311       | 27    | 96    |
| 25th:   | 199       | 193                | 205                | 220       | 212   | 301   |
| Median: | 216       | 214                | 227                | 245       | 238   | 352   |
| 75th:   | 255       | 244                | 253                | 278       | 279   | 405   |
| Mean:   | 225.1     | 225.6              | 232.8              | 252.1     | 247.4 | 352.7 |

**Family Medicine: Sports Medicine**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 2         | 73                 | 25                 | 21        | 2     | 1     |
| 25th:   |           | 187                | 211                | 241       |       |       |
| Median: |           | 216                | 257                | 282       |       |       |
| 75th:   |           | 255                | 312                | 341       |       |       |
| Mean:   |           | 244                | 261.6              | 300.5     |       |       |

**Family Medicine: Other**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 5         | 82                 | 27                 | 17        | 3     | 3     |
| 25th:   | 157       | 180                | 190                | 200       |       |       |
| Median: | 208       | 199                | 217                | 247       |       |       |
| 75th:   | 231       | 240                | 238                | 298       |       |       |
| Mean:   | 196.6     | 210.6              | 219.7              | 261.5     |       |       |

## Medicine

**Total Medicine**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 1,981     | 12,720             | 5,623              | 5,030     | 688   | 160   |
| 25th:   | 164       | 203                | 227                | 260       | 298   | 414   |
| Median: | 211       | 244                | 277                | 325       | 362   | 579   |
| 75th:   | 257       | 309                | 358                | 418       | 478   | 739   |
| Mean:   | 217.3     | 272                | 310.9              | 358.8     | 406.2 | 621.8 |

**Allergy/Immunology-Med.**

|         | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---------|-----------|--------------------|--------------------|-----------|-------|-------|
| Count:  | 26        | 111                | 49                 | 49        | 17    | 0     |
| 25th:   | 140       | 171                | 181                | 219       | 230   |       |

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Median: | 192 | 199 | 225 | 273 | 253 |  |
| 75th: | 240 | 237 | 278 | 342 | 339 |  |
| Mean: | 198.4 | 210.2 | 236.7 | 274.3 | 300.6 |  |

**Cardiology: Total**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 161 | 1,588 | 876 | 875 | 70 | 19 |
| 25th: | 180 | 285 | 315 | 324 | 500 | 572 |
| Median: | 258 | 352 | 395 | 407 | 598 | 728 |
| 75th: | 355 | 454 | 505 | 513 | 696 | 838 |
| Mean: | 275.9 | 390.1 | 433.8 | 443.8 | 652.1 | 740.8 |

**Cardiology: Invasive Interventional-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 37 | 429 | 296 | 258 | 23 | 9 |
| 25th: | 276 | 322 | 372 | 360 | 599 | 547 |
| Median: | 371 | 385 | 455 | 441 | 700 | 690 |
| 75th: | 457 | 498 | 555 | 547 | 1,024 | 900 |
| Mean: | 375.8 | 423.8 | 495.7 | 493.8 | 842 | 715.6 |

**Cardiology: Invasive Non-interventional-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 25 | 180 | 82 | 85 | 10 | 2 |
| 25th: | 201 | 315 | 344 | 322 | 466 |  |
| Median: | 260 | 357 | 400 | 432 | 603 |  |
| 75th: | 325 | 441 | 509 | 539 | 656 |  |
| Mean: | 296.6 | 402.5 | 454.4 | 467.4 | 577.3 |  |

**Cardiology: Non-invasive-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 99 | 979 | 498 | 532 | 37 | 8 |
| 25th: | 145 | 274 | 284 | 311 | 446 | 571 |
| Median: | 233 | 331 | 355 | 381 | 531 | 729 |
| 75th: | 305 | 437 | 446 | 484 | 618 | 947 |
| Mean: | 233.3 | 373.1 | 393.5 | 415.8 | 554.4 | 763.5 |

**Critical/Intensive Care-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 20 | 275 | 108 | 83 | 17 | 6 |
| 25th: | 123 | 250 | 286 | 314 | 361 | 527 |
| Median: | 220 | 307 | 332 | 359 | 433 | 653 |
| 75th: | 347 | 396 | 418 | 483 | 549 | 900 |
| Mean: | 236.7 | 328.1 | 356.9 | 402.8 | 452.2 | 702.3 |

**Endocrinology-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 66 | 483 | 283 | 293 | 57 | 9 |
| 25th: | 121 | 169 | 192 | 226 | 262 | 238 |
| Median: | 154 | 187 | 215 | 267 | 303 | 394 |
| 75th: | 207 | 221 | 246 | 327 | 337 | 762 |
| Mean: | 166.1 | 203.1 | 226.2 | 289 | 305.2 | 515.9 |

**Gastroenterology-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 116 | 878 | 433 | 456 | 58 | 12 |
| 25th: | 131 | 275 | 314 | 332 | 424 | 513 |
| Median: | 240 | 320 | 372 | 399 | 500 | 632 |
| 75th: | 339 | 385 | 452 | 498 | 557 | 821 |
| Mean: | 256.3 | 340.8 | 395 | 423.9 | 493.9 | 666 |

**General Internal Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 497 | 2,661 | 917 | 708 | 79 | 29 |

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| 25th: | 163 | 195 | 215 | 239 | 255 | 367 |
| Median: | 205 | 222 | 244 | 274 | 310 | 499 |
| 75th: | 251 | 263 | 284 | 333 | 346 | 604 |
| Mean: | 205.6 | 238.8 | 260 | 304.1 | 326.3 | 518.3 |

**Geriatrics-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 31 | 305 | 178 | 129 | 36 | 7 |
| 25th: | 155 | 181 | 201 | 237 | 267 | 333 |
| Median: | 186 | 198 | 223 | 261 | 312 | 373 |
| 75th: | 214 | 218 | 246 | 307 | 342 | 446 |
| Mean: | 181.8 | 204.5 | 228.9 | 280 | 320.5 | 402.9 |

**Hematology/Oncology-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 141 | 1,330 | 750 | 816 | 74 | 21 |
| 25th: | 161 | 221 | 269 | 314 | 394 | 577 |
| Median: | 213 | 254 | 309 | 382 | 462 | 669 |
| 75th: | 275 | 324 | 384 | 466 | 556 | 841 |
| Mean: | 225.7 | 290.8 | 343.1 | 410.1 | 490 | 826.5 |

**Hospital Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 496 | 2,060 | 302 | 102 | 37 | 4 |
| 25th: | 202 | 221 | 240 | 266 | 298 |  |
| Median: | 226 | 244 | 266 | 292 | 345 |  |
| 75th: | 255 | 279 | 310 | 350 | 405 |  |
| Mean: | 230.2 | 256.5 | 279.6 | 317.7 | 359.8 |  |

**Infectious Disease-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 92 | 728 | 452 | 456 | 68 | 16 |
| 25th: | 122 | 163 | 190 | 237 | 287 | 363 |
| Median: | 162 | 183 | 214 | 268 | 321 | 456 |
| 75th: | 191 | 211 | 249 | 313 | 357 | 668 |
| Mean: | 158.1 | 190.7 | 225.3 | 284.7 | 329.6 | 516.2 |

**Nephrology-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 65 | 643 | 386 | 321 | 59 | 14 |
| 25th: | 111 | 190 | 232 | 263 | 324 | 402 |
| Median: | 173 | 217 | 261 | 313 | 384 | 548 |
| 75th: | 203 | 260 | 311 | 382 | 460 | 800 |
| Mean: | 170.7 | 232 | 277.5 | 330.2 | 400.5 | 589.8 |

**Pulmonary-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 127 | 935 | 537 | 426 | 49 | 14 |
| 25th: | 153 | 219 | 243 | 266 | 336 | 434 |
| Median: | 199 | 260 | 285 | 310 | 388 | 621 |
| 75th: | 250 | 316 | 343 | 370 | 437 | 703 |
| Mean: | 206.5 | 279.2 | 299.2 | 327.3 | 398.9 | 611.9 |

**Rheumatology-Med.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 41 | 307 | 176 | 166 | 42 | 0 |
| 25th: | 104 | 173 | 202 | 218 | 257 |  |
| Median: | 131 | 193 | 226 | 265 | 289 |  |
| 75th: | 172 | 224 | 256 | 325 | 317 |  |
| Mean: | 158.6 | 200.2 | 233.3 | 279.3 | 288.9 |  |

**Other Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 102 | 416 | 176 | 150 | 25 | 9 |
| 25th: | 172 | 199 | 218 | 228 | 292 | 405 |
| Median: | 224 | 244 | 269 | 289 | 395 | 587 |
| 75th: | 278 | 303 | 351 | 404 | 439 | 947 |
| Mean: | 227.2 | 256.1 | 292.1 | 342.8 | 413.9 | 658.1 |

**OB/GYN**

**Total OB/GYN**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 232 | 2,040 | 773 | 578 | 173 | 107 |
| 25th: | 179 | 244 | 283 | 307 | 336 | 536 |
| Median: | 242 | 289 | 352 | 385 | 408 | ==601== |
| 75th: | 309 | 365 | 435 | 475 | 476 | 716 |
| Mean: | 240.6 | 329.3 | 404.6 | 409 | 429.4 | ==720== |

**OB/GYN: General**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 167 | 1,258 | 360 | 200 | 61 | 44 |
| 25th: | 191 | 233 | 260 | 279 | 314 | 504 |
| Median: | 240 | 267 | 305 | 332 | 343 | 566 |
| 75th: | 300 | 331 | 373 | 424 | 416 | 700 |
| Mean: | 234.6 | 304.6 | 331.3 | 360.1 | 369.5 | 628.8 |

**OB/GYN: Gynecologic Oncology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 13 | 186 | 102 | 93 | 28 | 13 |
| 25th: | 168 | 292 | 360 | 368 | 414 | 589 |
| Median: | 311 | 338 | 411 | 437 | 464 | 652 |
| 75th: | 385 | 403 | 476 | 556 | 584 | 821 |
| Mean: | 310.4 | 358.7 | 444.7 | 473.2 | 501.5 | 691.5 |

**OB/GYN: Maternal & Fetal**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 29 | 344 | 170 | 156 | 38 | 27 |
| 25th: | 189 | 302 | 360 | 367 | 408 | 583 |
| Median: | 329 | 357 | 420 | 434 | 445 | 633 |
| 75th: | 412 | 426 | 494 | 521 | 513 | 731 |
| Mean: | 303.2 | 376.8 | 437.8 | 454.6 | 467.4 | 684.3 |

**OB/GYN: Reproductive Endocrinology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 6 | 93 | 54 | 60 | 15 | 13 |
| 25th: | 93 | 253 | 340 | 304 | 338 | 548 |
| Median: | 205 | 308 | 411 | 383 | 383 | ==601== |
| 75th: | 511 | 399 | 782 | 451 | 420 | 825 |
| Mean: | 297 | 487.6 | 838.1 | 443.4 | 415.1 | ==1,250.70== |

**OB/GYN: Other OB/GYN**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 17 | 159 | 87 | 69 | 31 | 10 |
| 25th: | 71 | 233 | 261 | 271 | 313 | 422 |
| Median: | 77 | 273 | 295 | 327 | 424 | 548 |
| 75th: | 167 | 330 | 365 | 388 | 471 | 695 |
| Mean: | 119.8 | 294.3 | 327.3 | 331.6 | 442.5 | 565 |

**Pathology**

**Total Pathology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 109 | 1,333 | 939 | 1,003 | 99 | 95 |
| 25th: | 91 | 205 | 244 | 284 | 307 | 443 |
| Median: | 196 | 228 | 276 | 332 | 351 | 533 |

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| 75th: | 248 | 260 | 315 | 386 | 425 | 646 |
| Mean: | 195.4 | 240.1 | 285.8 | 345 | 374.7 | 563.3 |

**Pathology: Anatomic**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 64 | 669 | 489 | 523 | 53 | 39 |
| 25th: | 109 | 210 | 256 | 307 | 307 | 428 |
| Median: | 215 | 232 | 281 | 346 | 363 | 514 |
| 75th: | 254 | 261 | 319 | 394 | 443 | 605 |
| Mean: | 212.1 | 243.6 | 293.9 | 365.2 | 372.5 | 548.6 |

**Pathology: Clinical**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 33 | 467 | 322 | 283 | 37 | 33 |
| 25th: | 103 | 203 | 240 | 278 | 306 | 454 |
| Median: | 191 | 225 | 269 | 324 | 348 | 559 |
| 75th: | 236 | 260 | 318 | 377 | 382 | 678 |
| Mean: | 186.5 | 240.1 | 285.2 | 331.9 | 361.8 | 563.2 |

**Pathology: Other Pathology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 12 | 197 | 128 | 197 | 9 | 23 |
| 25th: | 58 | 194 | 181 | 241 | 283 | 455 |
| Median: | 68 | 220 | 254 | 296 | 327 | 566 |
| 75th: | 97 | 247 | 297 | 359 | 608 | 713 |
| Mean: | 130.8 | 228.2 | 256.8 | 309.9 | 440.6 | 588.3 |

## Pediatrics

**Total Pediatrics**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 578 | 6,607 | 3,238 | 2,299 | 715 | 98 |
| 25th: | 140 | 170 | 199 | 242 | 249 | 403 |
| Median: | 171 | 199 | 239 | 290 | 304 | 523 |
| 75th: | 216 | 240 | 288 | 350 | 373 | 610 |
| Mean: | 180.7 | 211.9 | 251.3 | 306.7 | 322.9 | 534.4 |

**Adolescent Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 3 | 127 | 54 | 41 | 28 | 3 |
| 25th: |  | 152 | 172 | 204 | 212 |  |
| Median: |  | 163 | 188 | 227 | 260 |  |
| 75th: |  | 178 | 202 | 275 | 287 |  |
| Mean: |  | 167.7 | 191.4 | 242.3 | 253.4 |  |

**Allergy/Immunology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 6 | 115 | 58 | 38 | 21 | 0 |
| 25th: | 162 | 163 | 199 | 229 | 231 |  |
| Median: | 193 | 176 | 209 | 262 | 295 |  |
| 75th: | 232 | 199 | 227 | 313 | 354 |  |
| Mean: | 193.5 | 188.9 | 218.8 | 273.9 | 296.9 |  |

**Critical/Intensive Care-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 25 | 567 | 243 | 128 | 44 | 7 |
| 25th: | 137 | 224 | 269 | 307 | 302 | 330 |
| Median: | 187 | 254 | 300 | 349 | 373 | 482 |
| 75th: | 297 | 294 | 352 | 408 | 465 | 510 |
| Mean: | 217 | 262.7 | 313.6 | 363.8 | 388.1 | 431 |

**Emergency Medicine-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 49 | 458 | 197 | 109 | 27 | 2 |
| 25th: | 178 | 207 | 249 | 289 | 325 |  |
| Median: | 203 | 232 | 267 | 311 | 389 |  |
| 75th: | 247 | 265 | 301 | 346 | 445 |  |
| Mean: | 209.6 | 237.1 | 279.6 | 322.3 | 387.9 |  |

**Endocrinology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 15 | 244 | 142 | 89 | 39 | 3 |
| 25th: | 106 | 155 | 180 | 224 | 240 |  |
| Median: | 132 | 167 | 192 | 246 | 271 |  |
| 75th: | 141 | 184 | 219 | 281 | 301 |  |
| Mean: | 124.3 | 169.8 | 197.3 | 260.2 | 270.5 |  |

**Gastroenterology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 22 | 321 | 178 | 107 | 41 | 4 |
| 25th: | 152 | 193 | 230 | 279 | 311 |  |
| Median: | 174 | 210 | 251 | 319 | 340 |  |
| 75th: | 202 | 231 | 289 | 368 | 385 |  |
| Mean: | 172.1 | 214.7 | 260.8 | 321.6 | 357.1 |  |

**General Pediatrics**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 89 | 1,291 | 552 | 374 | 61 | 29 |
| 25th: | 133 | 158 | 178 | 216 | 226 | 411 |
| Median: | 160 | 177 | 202 | 249 | 262 | 538 |
| 75th: | 205 | 207 | 244 | 300 | 306 | 596 |
| Mean: | 162.4 | 191.9 | 220.6 | 265 | 271.6 | 530.2 |

**Genetics-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 3 | 81 | 43 | 83 | 27 | 1 |
| 25th: |  | 162 | 182 | 210 | 214 |  |
| Median: |  | 170 | 198 | 250 | 270 |  |
| 75th: |  | 187 | 214 | 281 | 351 |  |
| Mean: |  | 172 | 199.3 | 249.4 | 282.4 |  |

**Hematology/Oncology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 38 | 464 | 262 | 233 | 57 | 5 |
| 25th: | 115 | 163 | 201 | 252 | 279 | 403 |
| Median: | 128 | 176 | 220 | 289 | 330 | 518 |
| 75th: | 152 | 195 | 240 | 330 | 402 | 551 |
| Mean: | 135.7 | 181.6 | 223.1 | 304.8 | 343.5 | 484.8 |

**Hospital Medicine-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 145 | 562 | 194 | 56 | 35 | 4 |
| 25th: | 156 | 167 | 193 | 221 | 232 |  |
| Median: | 170 | 182 | 212 | 266 | 260 |  |
| 75th: | 201 | 208 | 249 | 291 | 319 |  |
| Mean: | 172.1 | 191 | 224.9 | 276.4 | 279.8 |  |

**Infectious Disease-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 14 | 180 | 114 | 142 | 44 | 7 |
| 25th: | 100 | 146 | 175 | 218 | 231 | 356 |
| Median: | 117 | 160 | 187 | 251 | 272 | 479 |
| 75th: | 142 | 176 | 210 | 281 | 320 | 555 |
| Mean: | 123.6 | 162.1 | 195.9 | 259.5 | 281.7 | 524.3 |

**Neonatology**

|  |  | Assistant | Associate |  |  |  |

|  | Instructor | Professor | Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 76 | 718 | 331 | 268 | 53 | 12 |
| 25th: | 188 | 224 | 264 | 294 | 339 | 446 |
| Median: | 228 | 251 | 296 | 342 | 391 | 524 |
| 75th: | 282 | 299 | 337 | 395 | 460 | 612 |
| Mean: | 242.3 | 261.9 | 307 | 347.8 | 410.8 | 528.2 |

**Nephrology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 6 | 125 | 78 | 72 | 46 | 2 |
| 25th: | 137 | 161 | 194 | 227 | 230 |  |
| Median: | 145 | 173 | 212 | 270 | 265 |  |
| 75th: | 163 | 190 | 232 | 312 | 320 |  |
| Mean: | 149.3 | 176.2 | 213.7 | 280.2 | 274.7 |  |

**Neurology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 25 | 336 | 154 | 110 | 30 | 1 |
| 25th: | 125 | 194 | 222 | 241 | 265 |  |
| Median: | 167 | 208 | 242 | 274 | 319 |  |
| 75th: | 203 | 228 | 266 | 313 | 413 |  |
| Mean: | 161 | 210.6 | 250.2 | 287.1 | 335.9 |  |

**Pediatric Cardiology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 28 | 464 | 329 | 231 | 45 | 2 |
| 25th: | 124 | 223 | 269 | 342 | 339 |  |
| Median: | 178 | 241 | 294 | 386 | 413 |  |
| 75th: | 248 | 274 | 337 | 437 | 500 |  |
| Mean: | 195.9 | 250.6 | 312.6 | 406.1 | 433.2 |  |

**Psychology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 0 | 8 | 3 | 0 | 2 | 0 |
| 25th: |  | 154 |  |  |  |  |
| Median: |  | 161 |  |  |  |  |
| 75th: |  | 178 |  |  |  |  |
| Mean: |  | 161.9 |  |  |  |  |

**Pulmonary-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 7 | 231 | 130 | 101 | 47 | 5 |
| 25th: | 143 | 174 | 208 | 246 | 256 | 474 |
| Median: | 175 | 187 | 233 | 271 | 301 | 551 |
| 75th: | 206 | 213 | 270 | 305 | 359 | 731 |
| Mean: | 177.1 | 195.3 | 247.2 | 285.6 | 304.8 | 592 |

**Rheumatology-Peds.**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 3 | 71 | 48 | 17 | 23 | 2 |
| 25th: |  | 157 | 189 | 230 | 244 |  |
| Median: |  | 170 | 200 | 252 | 284 |  |
| 75th: |  | 188 | 233 | 291 | 308 |  |
| Mean: |  | 172.1 | 215.6 | 266.4 | 297.9 |  |

**Other Pediatrics**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 24 | 244 | 128 | 100 | 45 | 9 |
| 25th: | 69 | 168 | 172 | 226 | 222 | 471 |
| Median: | 172 | 185 | 210 | 268 | 266 | 652 |
| 75th: | 223 | 221 | 252 | 345 | 334 | 740 |
| Mean: | 184.1 | 207.7 | 216.5 | 301.8 | 294 | 631.9 |

**Psychiatry**

**Total Psychiatry**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 189 | 2,045 | 760 | 711 | 86 | 104 |
| 25th: | 183 | 204 | 218 | 238 | 254 | 385 |
| Median: | 208 | 226 | 242 | 274 | 304 | 460 |
| 75th: | 237 | 260 | 284 | 338 | 366 | 556 |
| Mean: | 204.5 | 237.9 | 255.3 | 293.9 | 323.4 | 488.8 |

**Psychiatry: Child & Adolescent**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 19 | 398 | 146 | 129 | 27 | 16 |
| 25th: | 198 | 203 | 225 | 246 | 242 | 358 |
| Median: | 217 | 224 | 247 | 288 | 277 | 428 |
| 75th: | 235 | 252 | 288 | 340 | 330 | 565 |
| Mean: | 217 | 233.3 | 258.6 | 303.6 | 291.1 | 462.9 |

**Psychiatry: General**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 149 | 1,435 | 537 | 497 | 52 | 79 |
| 25th: | 178 | 204 | 217 | 241 | 261 | 381 |
| Median: | 204 | 227 | 240 | 274 | 307 | 460 |
| 75th: | 239 | 263 | 279 | 342 | 371 | 553 |
| Mean: | 202.9 | 239.6 | 254.7 | 296.8 | 332.2 | 483.4 |

**Psychiatry: Psychology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 0 | 4 | 1 | 0 | 0 | 0 |
| 25th: |  |  |  |  |  |  |
| Median: |  |  |  |  |  |  |
| 75th: |  |  |  |  |  |  |
| Mean: |  |  |  |  |  |  |

**Psychiatry: Other**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 21 | 208 | 76 | 85 | 7 | 9 |
| 25th: | 184 | 193 | 205 | 183 | 256 | 436 |
| Median: | 210 | 228 | 247 | 257 | 326 | 495 |
| 75th: | 231 | 259 | 295 | 306 | 491 | 750 |
| Mean: | 204.1 | 235.3 | 254.7 | 262.5 | 382.9 | 582.8 |

## Radiology

**Total Radiology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 305 | 2,865 | 1,330 | 966 | 183 | 151 |
| 25th: | 105 | 345 | 391 | 405 | 423 | 638 |
| Median: | 310 | 388 | 432 | 463 | 472 | 729 |
| 75th: | 411 | 446 | 494 | 534 | 537 | 850 |
| Mean: | 290.3 | 400.7 | 444.9 | 475 | 492.8 | 748.3 |

**Diagnostic Radiology: Total**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 227 | 2,002 | 896 | 625 | 137 | 69 |
| 25th: | 100 | 352 | 391 | 408 | 423 | 623 |
| Median: | 289 | 392 | 427 | 460 | 469 | 707 |
| 75th: | 411 | 450 | 488 | 526 | 540 | 769 |
| Mean: | 278.6 | 406.6 | 444.7 | 469.4 | 487.1 | 711.7 |

**Diagnostic Radiology: Interventional**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 26 | 488 | 223 | 146 | 30 | 21 |
| 25th: | 230 | 376 | 417 | 439 | 493 | 592 |

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Median: | 370 | 421 | 463 | 491 | 564 | 661 |
| 75th: | 462 | 479 | 538 | 568 | 604 | 742 |
| Mean: | 359.5 | 441.5 | 498.2 | 507.8 | 557.3 | 659.1 |

### Diagnostic Radiology: Non-interventional

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 201 | 1,514 | 673 | 479 | 107 | 48 |
| 25th: | 98 | 346 | 382 | 403 | 416 | 640 |
| Median: | 280 | 383 | 418 | 453 | 455 | 716 |
| 75th: | 405 | 437 | 471 | 516 | 506 | 794 |
| Mean: | 268.1 | 395.3 | 427 | 457.7 | 467.4 | 734.7 |

### Nuclear Medicine

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 1 | 89 | 40 | 49 | 11 | 3 |
| 25th: |  | 210 | 300 | 333 | 388 |  |
| Median: |  | 328 | 372 | 384 | 447 |  |
| 75th: |  | 377 | 425 | 454 | 496 |  |
| Mean: |  | 319.1 | 368.7 | 393.1 | 440.6 |  |

### Radiation Oncology

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 45 | 477 | 258 | 189 | 11 | 64 |
| 25th: | 261 | 334 | 414 | 468 | 483 | 706 |
| Median: | 348 | 386 | 457 | 524 | 517 | 802 |
| 75th: | 478 | 446 | 519 | 614 | 728 | 880 |
| Mean: | 355.2 | 398.3 | 468.8 | 543.7 | 597.2 | 826 |

### Other Radiology

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 32 | 297 | 136 | 103 | 24 | 15 |
| 25th: | 125 | 341 | 376 | 362 | 429 | 399 |
| Median: | 352 | 381 | 423 | 415 | 469 | 594 |
| 75th: | 386 | 436 | 495 | 466 | 492 | 890 |
| Mean: | 282.3 | 389.7 | 422.7 | 422 | 501.6 | 614.5 |

## Surgery

### Total Surgery

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 402 | 5,058 | 2,797 | 2,589 | 567 | 350 |
| 25th: | 91 | 325 | 397 | 421 | 535 | 746 |
| Median: | 254 | 407 | 499 | 559 | 653 | 940 |
| 75th: | 402 | 535 | 656 | 746 | 859 | 1,167 |
| Mean: | 283.4 | 461.8 | 565.6 | 628.1 | 784 | 1,044.00 |

### General Surgery

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 52 | 838 | 388 | 345 | 57 | 35 |
| 25th: | 89 | 300 | 354 | 369 | 472 | 635 |
| Median: | 242 | 351 | 413 | 475 | 558 | 790 |
| 75th: | 454 | 430 | 521 | 601 | 652 | 995 |
| Mean: | 283.9 | 380.1 | 449.9 | 497.2 | 573.8 | 843.5 |

### Neurosurgery

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 39 | 514 | 279 | 357 | 26 | 77 |
| 25th: | 81 | 465 | 554 | 572 | 689 | 964 |
| Median: | 125 | 591 | 706 | 750 | 795 | 1,105 |
| 75th: | 400 | 742 | 918 | 972 | 951 | 1,429 |
| Mean: | 226.2 | 634.4 | 783.2 | 824 | 990.1 | 1,279.90 |

### Orthopedic Surgery: Total

|  |  | Assistant | Associate |  |  |  |

|  | Instructor | Professor | Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 92 | 1,223 | 596 | 441 | 91 | 78 |
| 25th: | 82 | 377 | 450 | 434 | 558 | 854 |
| Median: | 302 | 468 | 598 | 593 | 671 | 973 |
| 75th: | 501 | 635 | 766 | 756 | 979 | 1,145 |
| Mean: | 330.5 | 532.2 | 639.2 | 647.4 | 944.7 | 1,018.90 |

**Orthopedic Surgery: General**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 43 | 700 | 310 | 231 | 32 | 49 |
| 25th: | 72 | 368 | 434 | 430 | 619 | 866 |
| Median: | 82 | 457 | 587 | 581 | 834 | 986 |
| 75th: | 350 | 616 | 749 | 716 | 1,721 | 1,154 |
| Mean: | 203.6 | 516.4 | 624.2 | 594.5 | 1,373.40 | 1,021.10 |

**Orthopedic Surgery: Sports Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 15 | 135 | 83 | 59 | 10 | 7 |
| 25th: | 207 | 383 | 470 | 459 | 665 | 531 |
| Median: | 536 | 497 | 585 | 595 | 712 | 904 |
| 75th: | 733 | 700 | 836 | 727 | 992 | 987 |
| Mean: | 542.7 | 559.6 | 675.7 | 630.9 | 821.7 | 902.7 |

**Orthopedic Surgery: Other**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 34 | 388 | 203 | 151 | 49 | 22 |
| 25th: | 224 | 395 | 465 | 432 | 516 | 854 |
| Median: | 406 | 478 | 620 | 603 | 610 | 964 |
| 75th: | 507 | 639 | 778 | 842 | 782 | 1,164 |
| Mean: | 397.5 | 551.3 | 647.3 | 734.9 | 689.8 | 1,051.00 |

**Pediatric Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 4 | 155 | 133 | 101 | 40 | 4 |
| 25th: |  | 415 | 495 | 516 | 629 |  |
| Median: |  | 468 | 572 | 648 | 724 |  |
| 75th: |  | 544 | 662 | 746 | 895 |  |
| Mean: |  | 477.6 | 597.1 | 645.5 | 792.3 |  |

**Plastic Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 17 | 285 | 165 | 138 | 43 | 15 |
| 25th: | 88 | 329 | 411 | 475 | 511 | 720 |
| Median: | 319 | 385 | 513 | 615 | 650 | 841 |
| 75th: | 368 | 523 | 697 | 741 | 892 | 1,072 |
| Mean: | 345.7 | 487.8 | 628.5 | 698.6 | 807.9 | 960.5 |

**Surgical Oncology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 13 | 248 | 156 | 160 | 41 | 22 |
| 25th: | 255 | 290 | 346 | 375 | 445 | 754 |
| Median: | 302 | 328 | 394 | 474 | 570 | 940 |
| 75th: | 423 | 400 | 464 | 604 | 756 | 1,121 |
| Mean: | 344.1 | 372.8 | 420.3 | 485.6 | 644.4 | 936.4 |

**Thoracic & Cardiovascular Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 28 | 323 | 232 | 245 | 65 | 29 |
| 25th: | 163 | 375 | 522 | 527 | 738 | 938 |
| Median: | 282 | 458 | 635 | 751 | 924 | 1,142 |
| 75th: | 385 | 589 | 840 | 1,016 | 1,323 | 2,346 |
| Mean: | 292.4 | 497.4 | 706.5 | 825.1 | 1,099.00 | 1,528.10 |

**Transplant Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 16 | 147 | 134 | 140 | 40 | 10 |
| 25th: | 77 | 300 | 411 | 410 | 581 | 786 |
| Median: | 96 | 332 | 481 | 553 | 795 | 838 |
| 75th: | 242 | 405 | 591 | 714 | 964 | 1,116 |
| Mean: | 160.1 | 350 | 500.1 | 610.5 | 774.5 | 1,011.50 |

**Trauma/Critical Care Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 34 | 372 | 193 | 154 | 43 | 8 |
| 25th: | 138 | 328 | 392 | 438 | 485 | 554 |
| Median: | 340 | 376 | 441 | 484 | 571 | 670 |
| 75th: | 431 | 451 | 500 | 561 | 700 | 767 |
| Mean: | 322 | 399.3 | 452.2 | 499.7 | 591 | 673.1 |

**Urology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 64 | 507 | 269 | 285 | 33 | 53 |
| 25th: | 76 | 312 | 370 | 409 | 471 | 643 |
| Median: | 106 | 365 | 424 | 494 | 564 | 775 |
| 75th: | 298 | 434 | 513 | 649 | 682 | 925 |
| Mean: | 205.6 | 387.4 | 461.8 | 540.2 | 628.1 | 820.5 |

**Vascular Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 14 | 235 | 147 | 129 | 44 | 7 |
| 25th: | 344 | 330 | 409 | 404 | 546 | 605 |
| Median: | 376 | 396 | 462 | 488 | 625 | 877 |
| 75th: | 403 | 484 | 555 | 651 | 725 | 1,043 |
| Mean: | 367.6 | 446.4 | 507.6 | 537.4 | 661.1 | 891.7 |

**Other Surgery**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 29 | 211 | 105 | 94 | 44 | 12 |
| 25th: | 200 | 267 | 317 | 328 | 450 | 695 |
| Median: | 267 | 321 | 390 | 469 | 580 | 751 |
| 75th: | 346 | 399 | 475 | 587 | 780 | 851 |
| Mean: | 270.2 | 345.7 | 402.7 | 509.2 | 673.8 | 754.6 |

**Other Clinical Science**

**Community Health**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 2 | 45 | 17 | 19 | 5 | 4 |
| 25th: |  | 129 | 153 | 191 | 157 |  |
| Median: |  | 185 | 180 | 252 | 197 |  |
| 75th: |  | 209 | 251 | 305 | 369 |  |
| Mean: |  | 176.6 | 206.8 | 259.8 | 249.8 |  |

**Emergency Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 376 | 2,248 | 820 | 394 | 30 | 73 |
| 25th: | 220 | 267 | 297 | 313 | 321 | 483 |
| Median: | 283 | 298 | 323 | 351 | 363 | 597 |
| 75th: | 334 | 334 | 361 | 395 | 416 | 683 |
| Mean: | 271.1 | 302 | 332.1 | 360.8 | 375.2 | 602.1 |

**Neurology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 182 | 1,590 | 810 | 741 | 158 | 94 |
| 25th: | 90 | 195 | 215 | 246 | 269 | 445 |
| Median: | 157 | 224 | 242 | 285 | 314 | 506 |
| 75th: | 207 | 270 | 290 | 345 | 367 | 603 |

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Mean: | 158.2 | 240.3 | 265.2 | 308.3 | 326.6 | 538.5 |

**Ophthalmology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 148 | 700 | 383 | 396 | 35 | 70 |
| 25th: | 50 | 225 | 263 | 292 | 375 | 547 |
| Median: | 68 | 274 | 337 | 379 | 457 | 644 |
| 75th: | 125 | 339 | 450 | 504 | 589 | 786 |
| Mean: | 100.3 | 298.8 | 366 | 417.7 | 509.8 | 679.6 |

**Otolaryngology**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 52 | 638 | 402 | 301 | 57 | 68 |
| 25th: | 71 | 293 | 364 | 391 | 391 | 639 |
| Median: | 80 | 342 | 425 | 481 | 455 | 755 |
| 75th: | 286 | 422 | 552 | 610 | 517 | 902 |
| Mean: | 189.8 | 383.4 | 492.8 | 528.8 | 529 | 814.3 |

**Physical Medicine & Rehabilitation**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 38 | 498 | 159 | 95 | 9 | 38 |
| 25th: | 174 | 203 | 222 | 248 | 271 | 415 |
| Median: | 205 | 227 | 254 | 279 | 326 | 447 |
| 75th: | 258 | 271 | 304 | 331 | 400 | 551 |
| Mean: | 220.7 | 248.4 | 271.1 | 288.9 | 330.8 | 478.1 |

**Preventive Medicine**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 3 | 42 | 32 | 35 | 6 | 6 |
| 25th: |  | 135 | 142 | 222 | 269 | 341 |
| Median: |  | 173 | 191 | 252 | 304 | 419 |
| 75th: |  | 206 | 217 | 302 | 366 | 448 |
| Mean: |  | 179.9 | 192.7 | 259.6 | 320.7 | 408.3 |

**Other**

|  | Instructor | Assistant Professor | Associate Professor | Professor | Chief | Chair |
|---|---|---|---|---|---|---|
| Count: | 11 | 97 | 35 | 38 | 0 | 9 |
| 25th: | 141 | 114 | 154 | 228 |  | 360 |
| Median: | 343 | 164 | 200 | 300 |  | 550 |
| 75th: | 384 | 264 | 333 | 410 |  | 751 |
| Mean: | 286.5 | 241.9 | 283.8 | 334.8 |  | 572.6 |