# EXHIBIT E

```
 1            UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF MISSOURI
 2                   EASTERN DIVISION
 3
 4
 5
 6
 7
      JEFFERY WEISMAN and STRATEGIC BIOMEDICAL, INC.
 8                           vs.
       BARNES JEWISH-HOSPITAL, BJC HEALTHCARE, WASHINGTON
 9    UNIVERSITY, DR. ALEX EVERS, DR. RICHARD BENZINGER, and
                       DR. THOMAS COX
10
              Cause No. 4:19-cv-00075-JAR
11
12
13
14
15
16    VIDEOTAPED DEPOSITION OF DR. JEFFERY WEISMAN
17         TAKEN ON BEHALF OF THE DEFENDANTS
18                 SEPTEMBER 13, 2022
19
20
21
22
23
24
25       (Starting time of deposition: 9:04 a.m.)
```

1    **indicated that your medical knowledge was less than**
2    **your peers at LSU?**
3             MR. ELSTER:  Objection form.  Speculation.
4         A.   And I -- I -- I wouldn't agree with that
5    for the following reason:  The -- this -- this is
6    looking at class rank based on taking tests and that's
7    it.
8             At LSU, I was conducting research with
9    almost every department chair from literally the chair
10   of radiology, chair of surgery, the chair of oral
11   surgery.  My -- according to them, my medical
12   knowledge was at the very top.
13            If it's a question of is my class rank 81
14   out of 110 because I was doing other things than just
15   studying to take a test, then that's true.  My class
16   rank is my class rank.
17        **Q.   (Mr. Sullivan) Okay.**
18        A.   But my -- my medical knowledge was
19   appropriate.
20            (Defendant's Deposition Exhibit A6, E-mail
21   1/25/18 AKT 6mth Results.)
22        **Q.   Let me hand you what's been marked as**
23   **Exhibit A6.**
24        A.   Okay.  And this was --
25        **Q.   What -- what is the AKT test?**

```
 1          A.   So Richard Benzinger and Washington
 2   University, they have -- there's -- there's exams, I
 3   believe it stands for the anesthesia knowledge test,
 4   and it's an informal test that you can take to see
 5   what your knowledge is in relationship to peers or
 6   your other people in your program or nationwide, I
 7   believe.
 8          Q.   So it's, like, an inner -- kind of inner
 9   hospital, inner program test, correct?
10          A.   That -- that is my understanding of it.
11          Q.   And that's -- and -- and it's -- and it's
12   to determine the level of knowledge of trainees?
13          A.   That is correct.
14          Q.   Do you recall that you got a raw score of
15   77 in a standard score of 309 on the PKT -- AKT.  I'm
16   sorry.
17          A.   Yes.  I believe this is -- yes.
18          Q.   And if you look at page 2 on the -- the
19   table, the standard score of 309, that would have put
20   you in the bottom five percent, if you look at the
21   table and the percentile, of those taking the test.
22          A.   Yes.
23          Q.   Okay.
24          A.   And let me just --
25          Q.   Thanks.
```