# Clinical Competence Meeting |MINUTES
Wednesday, January 10, 2018 | *4:30* | *Peters Large Conference Room*

| | |
|---|---|
| Meeting called by | Clinical Competence Committee |
| Type of meeting | Review Resident Clinical Competence |
| Facilitator | Russell Groener, MD |
| Note taker | Sharon Stark |

**Attendees**
R. Benzinger, L. Cavallone, R. Groener, L. Rao, , E. Lockhart, C. deWet, R. Hueneke, S. Varaday, M. Fingerman, A. Lak, D. Thompson, S. Varaday

**Not Present**
D. Murray, T. Wildes U. Athiraman, R. Kentner, M. McCormick, S. Ishag

## AGENDA TOPICS

Discussion about members of the CA-3 Class

[redacted]

All members of the CA-3 class have satisfactorily met all of the competency requirements for the CA-3 year at Washington University/Barnes-Jewish Hospital/St. Louis Children's Hospital Consortium Anesthesiology Residency Program for July 1st – December 31st, 2017.

Discussion:

[redacted]

Discussion about members of the CA-2 Class

[redacted]

Discussion:

[redacted]

All CA-2 class has satisfactorily met all of the competency requirements at Washington University/Barnes-Jewish Hospital/ St. Louis Children's Hospital Consortium Anesthesiology Residency Program for July 1st – December 31st, 2017.

Discussion about members of the CA-1 Class


Jeffery Weisman

Discussion:

**Jeffery Weisman** – letter of concern and career counseling; has indicated he would like to leave the speciality and we would help him with career choices

All members of the CA-1 class have satisfactorily met all of the competency requirements for the CA-1 year at Washington University/Barnes-Jewish Hospital/ St. Louis Children's Hospital Consortium Anesthesiology Residency Program for July 1st – December 31st, 2017.

Discussion about PGY-1 Class



Discussion:

and Jeff Weisman – Both need honest feedback regarding lack of performance.

All members of the PGY-1 class have satisfactorily met all of the competency requirements for the CA-1 year at Washington University/Barnes-Jewish Hospital/ St. Louis Children's Hospital Consortium Anesthesiology Residency Program for June 21st – December 31st, 2017.


Russel Groener, MD
Chairman, Clinical Competence Committee

G. Richard Benzinger, MD, PhD.
Residency Program Director